**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FDBA  Schiller & Knapp, LLP** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **14-1809981** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**15 Cornell Road**
**Latham, NY 12110**
Number, Street, City, State & ZIP Code

**Albany**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **http://www.schillerknapp.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**

Name

Case number (*if known*)

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

5411

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

---

Debtor    **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**                                     Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____    When _____    Case number, if known _____

---

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br><br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| **14.** **Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>■ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|

---

| **15.** **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|

---

| **16.** **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|

Debtor    **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**                                   Case number (*if known*) _____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 30, 2023**
_____
MM / DD / YYYY

**X** **/s/ Gary Lefkowitz**                               **Gary Lefkowitz**
_____        _____
Signature of authorized representative of debtor            Printed name

Title    **Partner**
_____

**18. Signature of attorney**

**X** **/s/ Michael Boyle**                      Date    **May 30, 2023**
_____                _____
Signature of attorney for debtor                          MM / DD / YYYY

**Michael Boyle**
_____
Printed name

**Boyle Legal LLC**
_____
Firm name

**64 2nd Street**
**Troy, NY 12180**
_____
Number, Street, City, State & ZIP Code

Contact phone    **518-687-1648**        Email address    **mike@boylebankruptcy.com**

**519211 NY**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 30, 2023**    X */s/ Gary Lefkowitz*
                                    Signature of individual signing on behalf of debtor

                                      **Gary Lefkowitz**
                                      Printed name

                                      **Partner**
                                      Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF NEW YORK** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **a360 Technology Solutions LLC P.O. Box 679278 Dallas, TX 75267** | | **Vendor** | | | | **$102,976.47** |
| **Accu-Serve, Ltd 88 Froehlich Farm Blvd - Suite 403 Woodbury, NY 11797** | | **Vendor** | | | | **$44,023.94** |
| **Advantage Foreclosure Services, Inc. 201 Old Country Road - Suite 200 Melville, NY 11747** | | **Vendor** | | | | **$132,730.06** |
| **Advantage Legal Services, Inc 201 Old Country Road Melville, NY 11747** | | **Vendor** | | | | **$103,257.08** |
| **Alstate Process Service, Inc. 60 Burt Drive Deer Park, NY 11729** | | **Vendor** | | | | **$346,554.25** |
| **DGR Subpoena & Messenger Svc, Inc. 1359 Littleton Rd Morris Plains, NJ 07950-3000** | | **Vendor** | | | | **$34,396.41** |
| **Fortune Title Agency, Inc. 39 Woodland Road Roseland, NJ 07068** | | **Vendor** | | | | **$36,113.50** |

Debtor  **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**               Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Frontier Abstract & Researchers, Inc.**<br>**69 Cascade Drive - Suite 101**<br>**Rochester, NY 14614** | | **Vendor** | | | | **$101,967.96** |
| **Hewlett-Packard Financial Services Co**<br>**200 Connell Drive - Suite 5000**<br>**Berkeley Heights, NJ 07922** | | **Servers (leased)** | | **$115,293.89** | **$0.00** | **$115,293.89** |
| **IPFS**<br>**170 Northpointe Parkway - Suite 300**<br>**Buffalo, NY 14228** | | **E&O Insurance** | | | | **$75,475.10** |
| **M&T Bank -Special Assets Department**<br>**Mr. Kenneth Paulin, Jr.**<br>**One Fountain Plaza - 9th Floor**<br>**Buffalo, NY 14203** | | **Credit Card** | **Disputed** | | | **$75,000.00** |
| **M&T Bank -Special Assets Department**<br>**Mr. Kenneth Paulin, Jr.**<br>**One Fountain Plaza - 9th Floor**<br>**Buffalo, NY 14203** | | **Blanket UCC Lien** | **Disputed** | **$126,000.00** | **$0.00** | **$126,000.00** |
| **M&T Bank -Special Assets Department**<br>**Mr. Kenneth Paulin, Jr.**<br>**One Fountain Plaza - 9th Floor**<br>**Buffalo, NY 14203** | | **Blanket UCC lien** | **Disputed** | **$1,006,000.00** | **$0.00** | **$1,006,000.00** |
| **PNJ Technology Partners, Inc**<br>**426 New Karner Road**<br>**Albany, NY 12205** | | **Vendor** | | | | **$50,896.72** |
| **ProVest LLC**<br>**7702 Woodland Center Blvd - Suite 100**<br>**Tampa, FL 33614** | | **Vendor** | | | | **$78,470.00** |

Debtor   **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**                    Case number *(if known)*  _____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Publication Elite Company, Inc 88 Froehlich Farm Blvd - Suite 403 Woodbury, NY 11797** | | Vendor | | | | $129,459.84 |
| **Small Business Administration Office of General Counsel 409 Third St., SW Washington, DC 20416** | | | | $148,944.63 | $0.00 | $148,944.63 |
| **STOX Posting & Publishing LLC 2701 Transit Road - Suite 139 Elma, NY 14059** | | Vendor | | | | $140,213.54 |
| **STOX Pro Serve 2701 Transit Road - Suite 140 Elma, NY 14059** | | Vendor | | | | $50,047.54 |
| **The Data Center 426 New Karner Road Albany, NY 12205** | | Vendor | | | | $85,463.05 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 3

**Fill in this information to identify the case:**

Debtor name    **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*.................................................................................................. $      0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*............................................................................................. $      473,500.00

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*................................................................................................ $      473,500.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      1,401,320.37

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $      72,991.60

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$      1,929,538.94

4.   Total liabilities ...............................................................................................................
   Lines 2 + 3a + 3b      $      3,403,850.91

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an
  amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **KeyBank** | **Checking** | **0240** | $0.00 |
| 3.2. | **KeyBank** | **Checking** | **1149** | $0.00 |
| 3.3. | **KeyBank - NY trust account. Debtor has no monetary interest** | **IOLA** | **3870** | $0.00 |
| 3.4. | **KeyBank - PA trust account. Debtor has no monetary interest** | **IOLA** | **1016** | $0.00 |
| 3.5. | **KeyBank - VT trust account. Debtor has no monetary interest.** | **IOLA** | **1184** | $0.00 |
| 3.6. | **KeyBank** | **Checking** | **2053** | $0.00 |

Debtor    **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** _____    Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **KeyBank** | **Checking** | **4522** | **$0.00** |
| 3.8. | **KeyBank** | **Checking** | **1024** | **$0.00** |
| 3.9. | **KeyBank** | **Checking** | **0864** | **$0.00** |
| 3.10. | **KeyBank** | **Money Market** | **9223** | **$0.00** |
| 3.11. | **KeyBank** | **Checking** | **8320** | **$0.00** |
| 3.12. | **M&T - REO account.** | **Checking** | **5388** | **$0.00** |
| 3.13. | **M&T** | **Checking** | **5469** | **$0.00** |
| 3.14. | **M&T. NJ trust account. Debtor has no monetary interest** | **Checking** | **0661** | **$0.00** |
| 3.15. | **M&T. NJ trust account. Debtor has no monetary interest** | **Checking** | **5025** | **$0.00** |
| 3.16. | **M&T** | **Checking** | **0646** | **$0.00** |
| 3.17. | **M&T** | **Savings** | **8582** | **$0.00** |
| 3.18. | **M&T** | **Checking** | **5592** | **$0.00** |
| 3.19. | **Saratoga Bank. NY trust account. Debtor has no monetary interest** | **Checking** | **1433** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

5.  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$0.00

## Part 2:  Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.  **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 327,500.00 | - | 0.00 | = .... | $327,500.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | 96,000.00 | - | 0.00 | =.... | $96,000.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12.  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$423,500.00

## Part 4:  Investments

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**                    Case number *(If known)* _____
_____
Name

| 39. | **Office furniture** | | | |
|---|---|---|---|---|
| | Office furniture and fixtures. | $1,600,000.00 | Liquidation | $50,000.00 |

| 40. | **Office fixtures** |
|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
|---|---|---|---|
| | Servers (leased) | $0.00 | $0.00 |
| | Copiers (leased) | $0.00 | $0.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | $50,000.00 |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
�■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
�■ No
☐ Yes

**Part 8:      Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

�■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:      Real property**

54. **Does the debtor own or lease any real property?**

�■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

�■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

�■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**_____   Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $423,500.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $50,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $473,500.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $473,500.00 |

**Fill in this information to identify the case:**

Debtor name   **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A  Amount of claim  Do not deduct the value of collateral. | Column B  Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Hewlett-Packard Financial Services Co**  Creditor's Name  **200 Connell Drive - Suite 5000**  **Berkeley Heights, NJ 07922**  Creditor's mailing address | **Describe debtor's property that is subject to a lien**  **Servers (leased)**  **Describe the lien** | $115,293.89 | $0.00 |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7909**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **M&T Bank -Special Assets Department**  Creditor's Name  **Mr. Kenneth Paulin, Jr.**  **One Fountain Plaza - 9th Floor**  **Buffalo, NY 14203**  Creditor's mailing address | **Describe debtor's property that is subject to a lien**  **Blanket UCC lien**  **Describe the lien** | $1,006,000.00 | $0.00 |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0026**

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.3 | **M&T Bank -Special Assets Department** | | |
|---|---|---|---|
| | Creditor's Name | | |

**M&T Bank -Special Assets Department**
Creditor's Name

Mr. Kenneth Paulin, Jr.
One Fountain Plaza - 9th Floor
Buffalo, NY 14203
Creditor's mailing address

| Describe debtor's property that is subject to a lien | $126,000.00 | $0.00 |
|---|---|---|
| **Blanket UCC Lien** | | |

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
0042

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.4 | **National Business Leasing** | | |
|---|---|---|---|
| | Creditor's Name | | |

**National Business Leasing**
Creditor's Name

A Program of DeLage Landen Financial Svc
1111 Old Eagle School Road
Wayne, PA 19087
Creditor's mailing address

| Describe debtor's property that is subject to a lien | $5,081.85 | $0.00 |
|---|---|---|
| **Copiers (leased)** | | |

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
3920

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | **Small Business Administration** | Describe debtor's property that is subject to a lien | $148,944.63 | $0.00 |
|---|---|---|---|---|

---

Debtor   **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**                          Case number (if known) _____
        Name

Creditor's Name

**Office of General Counsel**
**409 Third St., SW**
**Washington, DC 20416**
Creditor's mailing address

Describe the lien

**UCC Blanket Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**UNKN**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $1,401,320.37 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Greg Mascitti, Esq.**<br>**McCarter & English, LLP**<br>**825 Eighth Ave, 31st Floor**<br>**New York, NY 10019** | Line __2.2__ | |
| **National Business Leasing**<br>**PO Box 41602**<br>**Philadelphia, PA 19101-1602** | Line __2.4__ | |

**Fill in this information to identify the case:**

Debtor name      **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $489.33 | $489.33 |
|  | **A. Christine Sano**<br>**5 Hidley Ave.**<br>**Wynantskill, NY 12198** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) |  |  |  |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,538.47 | $1,538.47 |
|  | **Amanie Akarah-Bailey**<br>**42 Troy View Lane**<br>**Buffalo, NY 14221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) |  |  |  |

Debtor  **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**                                   Case number *(if known)*
           Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,779.00 | $2,779.00 |
|---|---|---|---|---|

**Amy DeAngelus**
**598 Dell Road**
**Landing, NJ 07850**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $779.65 | $779.65 |
|---|---|---|---|---|

**Ashley Novak**
**1325 Blue Factory Hill Road**
**Cropseyville, NY 12052**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,120.46 | $1,120.46 |
|---|---|---|---|---|

**Barbara Worek**
**6914 Keystone Street**
**Philadelphia, PA 19135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,004.51 | $1,004.51 |
|---|---|---|---|---|

**Brandon Johnson**
**1245 Ridge Avenue - Unit 108**
**Philadelphia, PA 19123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**2.7** Priority creditor's name and mailing address

**Breean VanSolkema**
**5358 Main Street**
**Waitsfield, VT 05673**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$53.55        $53.55

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.8** Priority creditor's name and mailing address

**Brittney Wilkinson**
**11277 Southwest Lyra Drive**
**Port Saint Lucie, FL 34987**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$731.25        $731.25

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.9** Priority creditor's name and mailing address

**Carolyn Matthei**
**901 Park Avenue - Apt 5**
**Albany, NY 12208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$856.40        $856.40

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.10** Priority creditor's name and mailing address

**Connie Spross**
**4823 Comly Street**
**Philadelphia, PA 19135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,290.09        $1,290.09

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,364.00 | $15,150.00 |

**Daniel Young, Esq.**
**38 Nelson Farm Road**
**Moretown, VT 05660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.00 | $1,200.00 |

**Elliot Smeltzer**
**61 Johnson Rd.**
**Latham, NY 12110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $836.31 | $836.31 |

**Erin Mesmer**
**2746 Love Road**
**Grand Island, NY 14072**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,862.85 | $15,150.00 |

**Gary Lefkowitz, Esq.**
**25 Linden Ct,**
**Clifton Park, NY 12065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **n/a**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,387.71 | $1,387.71 |
|---|---|---|---|---|

**Jennifer Spretty
15 Bluebird Ct.
Waterford, NY 12188**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.50 | $850.50 |
|---|---|---|---|---|

**Jennifer Yetman
4028A Door Stone Drive
Latham, NY 12110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $718.29 | $718.29 |
|---|---|---|---|---|

**Kassandra Pangallo
123 1st Ave
Mechanicville, NY 12118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $931.87 | $931.87

**Katherine Sticer**
**15825 State Route 22**
**Stephentown, NY 12168**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.20** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $628.89 | $628.89

**Kathryn Legg**
**89 South Allen Street**
**Albany, NY 12208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.21** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,682.69 | $0.00

**Kathy McCullough Day**
**21 David Avenue**
**Troy, NY 12180**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.22** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,250.00 | $1,250.00

**Katie Graff**
**209 Bates Rd.**
**Medina, NY 14103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $877.80 | $877.80 |
|---|---|---|---|---|
| | **Kelly Borello** | *Check all that apply.* | | |
| | **8100 W. Highway 98 - Apt 410** | ☐ Contingent | | |
| | **Pensacola, FL 32506** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,234.02 | $1,234.02 |
|---|---|---|---|---|
| | **Laura Guzior** | *Check all that apply.* | | |
| | **22 Hoffman Drive** | ☐ Contingent | | |
| | **Latham, NY 12110** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $819.00 | $819.00 |
|---|---|---|---|---|
| | **Lauren Farrelly** | *Check all that apply.* | | |
| | **5 Lindberg Drive** | ☐ Contingent | | |
| | **Latham, NY 12110** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $738.08 | $738.08 |
|---|---|---|---|---|
| | **Leonard DePasquale** | *Check all that apply.* | | |
| | **1150 Millington Road** | ☐ Contingent | | |
| | **Schenectady, NY 12309** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,268.61 | $1,268.61 |
|---|---|---|---|---|

**Linda Overby**
**79 Bridgewood Lane**
**Watervliet, NY 12189**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,562.48 | $1,562.48 |
|---|---|---|---|---|

**Lisa Gadomski**
**58 Whitney Road South**
**Saratoga Springs, NY 12866**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.50 | $208.50 |
|---|---|---|---|---|

**Nancy Green Montiel**
**81 English Road**
**Round Lake, NY 12151**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New York State Dept. of Tax and**
**Finance**
**Bankruptcy Section**
**PO BOX 5300**
**Albany, NY 12205-0300**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.31**

Priority creditor's name and mailing address

**Pamela Agard**
**30 Park Place**
**Saratoga Springs, NY 12866**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$911.61          $911.61

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.32**

Priority creditor's name and mailing address

**Patricia Ouellette**
**6 Merrall Drive**
**Clifton Park, NY 12065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,384.62          $1,384.62

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.33**

Priority creditor's name and mailing address

**Richard Gerbino**
**50 Mulberry Lane**
**Colts Neck, NJ 07722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,206.77          $3,206.77

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.34**

Priority creditor's name and mailing address

**Samantha Batcher**
**2020 Westside Ave**
**Schenectady, NY 12306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$712.69          $712.69

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number *(if known)* | |
| | Name | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $986.85 | $986.85 |
| | **Shannon DeFilippo-Cleland** | *Check all that apply.* | | |
| | **339 Saratoga Rd.** | ☐ Contingent | | |
| | **Schenectady, NY 12302** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,334.33 | $1,334.33 |
| | **Shelby Mantica** | *Check all that apply.* | | |
| | **142 Western Ave** | ☐ Contingent | | |
| | **Cohoes, NY 12047** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $726.53 | $726.53 |
| | **Sheree Stewart** | *Check all that apply.* | | |
| | **1506 Huntridge Drive** | ☐ Contingent | | |
| | **Clifton Park, NY 12065** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $738.16 | $738.16 |
| | **Thomas Pesano** | *Check all that apply.* | | |
| | **810 Vermont View Dr.** | ☐ Contingent | | |
| | **Watervliet, NY 12189** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $925.73 | $925.73 |
|---|---|---|---|---|

**Valerie Cesare**
**4 Kyle Drive**
**Clifton Park, NY 12065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**1 Oak Advisory**
**2901 West Coast Hwy**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**21st Mortgage Corporation**
**1 Market Street, Suite 100**
**Knoxville, TN 37902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,278.00** |
|---|---|---|---|

**360 Legal, Inc.**
**201 Fletcher Avenue - Suite 100**
**Sarasota, FL 34237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**3N Document Destruction, Inc.**
**P.O. Box 4044**
**Clifton Park, NY 12065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number **278**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**4908 Associates, LLC**
**120 North Main Street**
**New City, NY 10956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**A.W. Hamel Stair Mfg., Inc.**
**3111 Amsterdam Road**
**Schenectady, NY 12302**

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $102,976.47 |

**a360 Technology Solutions LLC**
**P.O. Box 679278**
**Dallas, TX 75267**

Date(s) debt was incurred _

Last 4 digits of account number  **SCHILLER&K**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,652.40 |

**AbacusNext HQ**
**P.O. Box 31001-4038**
**Pasadena, CA 91110-4038**

Date(s) debt was incurred _

Last 4 digits of account number  **9507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ABC Car Leasing, Inc.**
**950 New Loudon Road**
**Latham, NY 12110**

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ABNB Federal Credit Union**
**830 Greenbrier Circle**
**Chesapeake, VA 23320**

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $44,023.94 |

**Accu-Serve, Ltd**
**88 Froehlich Farm Blvd - Suite 403**
**Woodbury, NY 11797**

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Addison County Sheriff**
**35 Court Street**
**Middlebury, VT 05753**

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00**

**ADP LLC**
**P.O. Box 842875**
**Boston, MA 02284-2875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor - Payroll Services**

Last 4 digits of account number  **2121**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132,730.06**

**Advantage Foreclosure Services, Inc.**
**201 Old Country Road - Suite 200**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$103,257.08**

**Advantage Legal Services, Inc**
**201 Old Country Road**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,446.88**

**Affinity Consulting Group**
**8200 Bryan Dairy Road - Suite 160**
**Seminole, FL 33777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AGCO Finance LLC**
**PO BOX 2000**
**Des Moines, IA 50320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AIS InfoSource LP**
**LP 5847 San Felipe Suite 1200**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AIS Portfolio Services, LP**
**LP 5847 San Felipe, Suite 1200**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.20** Nonpriority creditor's name and mailing address

**Albany Management, Inc.**
**4 Computer Drive West**
**Albany, NY 12205**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

**Aldridge Pite, LLP**
**3575 Piedmont Center, Suite 500**
**Atlanta, GA 30305**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

**ALFN c/o Schmersahl Treloar & Co, PC**
**Attn: Mark O'Donnell**
**10805 Sunset Office Drive - Suite 400**
**Saint Louis, MO 63127**

Date(s) debt was incurred _

Last 4 digits of account number __4114__

As of the petition filing date, the claim is: *Check all that apply.*                 **$2,250.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

**Ally Bank serviced by Ally Servicing LLC**
**PO Box 130424**
**Saint Paul, MN 55113**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

**Alstate Process Service, Inc.**
**60 Burt Drive**
**Deer Park, NY 11729**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*                 **$346,554.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

**AltaTech Asset Management**
**139 Fulton Street, Suite 614**
**New York, NY 10038**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

**American Airlines Credit Union**
**PO Box 619001, MD2100**
**DFW Airport**
**Dallas, TX 75261**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**                                          Case number (if known)
                    Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Bank**
**4029 W. Tighman Street**
**Allentown, PA 18104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Battlefield Trust**
**1156 15th Street, N.W. Suite 900**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Credit Acceptance LLC**
**961 E Main St,**
**Spartanburg, SC 29302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Honda Finance Corporation**
**3625 West Royal Lane, Suite 200**
**Irving, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Loan Servicing**
**1192 E Draper Pkwy**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Mortgage Investment Properties;**
**PO BOX 2741**
**Seal Beach, CA 90740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,521.85 |
|---|---|---|---|

**AmericanChecked Inc.**
**Dept 0208**
**P.O. Box 120208**
**Dallas, TX 75312-0208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **8722**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number (if known) | |
| | Name | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **AmeriCredit Financial Services** | ☐ Contingent | |
| | **PO Box 18353** | ☐ Unliquidated | |
| | **Arlington, TX 76096** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **AMOS Financial LLC** | ☐ Contingent | |
| | **3330 Skokie Valley Road - Suite 301** | ☐ Unliquidated | |
| | **Highland Park, IL 60035** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Animal Clinic of Hampton Bays** | ☐ Contingent | |
| | **238 W. Montauk Hwy** | ☐ Unliquidated | |
| | **Hampton Bays, NY 11946** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Anthony Signorelli** | ☐ Contingent | |
| | **PO BOX 320** | ☐ Unliquidated | |
| | **Schroon Lake, NY 12870** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Arvest Central Mortgage Company** | ☐ Contingent | |
| | **801 John Barrow Road, Suite 1** | ☐ Unliquidated | |
| | **Little Rock, AR 72205** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Ascendus** | ☐ Contingent | |
| | **80 Maiden Lane** | ☐ Unliquidated | |
| | **New York, NY 10038** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
| | **Asset Research Group** | ☐ Contingent | |
| | **6011 Knotty Wood Dr** | ☐ Unliquidated | |
| | **Houston, TX 77092** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number **UNKN** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,533.10** |
|---|---|---|---|

**Auction.com, LLC**
**1 Mauchly**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Vendor**

Last 4 digits of account number   **UNKN**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Avidia Bank**
**42 Main Street**
**Hudson, MA 01749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number   **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,947.50** |
|---|---|---|---|

**B/A Properties, LLC**
**19 British American Blvd.**
**Latham, NY 12110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Latham, NY - Commercial Lease**

Last 4 digits of account number   **UNKN**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,150.00** |
|---|---|---|---|

**Baldwin Sutphen & Frateschi, PLLC**
**126 North Salina Street - Suite 400**
**Syracuse, NY 13202-1050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Vendor**

Last 4 digits of account number   **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bank of America, NA**
**PO BOX 2759**
**Jacksonville, FL 32203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number   **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bank of Bennington**
**155 North Street**
**Bennington, VT 05201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number   **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Barrett, Daffin, Frappier, Levine & Bloc**
**780 Johnson Ferry Road, Suite 240**
**Atlanta, GA 30342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number   **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|--------|--------------------------------------------|------------------------|--|
| | Name | | |

---

**3.48**

**Nonpriority creditor's name and mailing address**
**Bayview Financial**
**4425 Ponce De Leon Blvd, 5th Floor**
**Miami, FL 33146**

Date(s) debt was incurred _
Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49**

**Nonpriority creditor's name and mailing address**
**Bell Point Shores Homeowners Association**
 **PO BOX 712**
**Bolton Landing, NY 12814**

Date(s) debt was incurred _
Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50**

**Nonpriority creditor's name and mailing address**
**Beltway Capital Management, LLC**
**Executive Plaza II**
**Hunt Valley, MD 21031**

Date(s) debt was incurred _
Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51**

**Nonpriority creditor's name and mailing address**
**Bennington County Habitat for Humanity**
**P.O. Box 1159**
**Manchester, VT 05254**

Date(s) debt was incurred _
Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52**

**Nonpriority creditor's name and mailing address**
**Black Knight Servicing Tech. - BK/FC**
**P.O. Box 849277**
**Los Angeles, CA 90084-9277**

Date(s) debt was incurred _
Last 4 digits of account number  **at-sckn**

As of the petition filing date, the claim is: *Check all that apply.*        **$9,821.03**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.53**

**Nonpriority creditor's name and mailing address**
**Black Knight Servicing Technologies, LLC**
**P.O. Box 809007**
**Chicago, IL 60680-9007**

Date(s) debt was incurred _
Last 4 digits of account number  **D82**

As of the petition filing date, the claim is: *Check all that apply.*        **$3,070.44**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.54**

**Nonpriority creditor's name and mailing address**
**Black Knight Svcing Technologies, LLC In**
**ATTN: Accounting Department**
**P.O. Box 842651**
**Los Angeles, CA 90084-2651**

Date(s) debt was incurred _
Last 4 digits of account number  **SCHILLER**

As of the petition filing date, the claim is: *Check all that apply.*        **$9,944.77**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blue Bridge Financial, LLC**
**535 Washington Street**
**Buffalo, NY 14203**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Rayment**
**7666 E. 61st Street, Ste. 550**
**Tulsa, OK 74133**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brown & Connery**
**360 Haddon Ave.**
**Collingswood, NJ 08108**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BSI Financial Services**
**7500 Old Georgetown Road, Suite 1350**
**Bethesda, MD 20814**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,280.00 |
|---|---|---|---|

**BST & Co., CPA's, LLP**
**10 British American Blvd**
**Latham, NY 12110**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number **6027**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Buckley King**
**1400 Fifth Third Center**
**Cleveland, OH 44114**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Buckley Madole, P.C.**
**14841 Dallas Parkway, Suite 300**
**Dallas, TX 75254**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number (if known) | |
| | Name | | |

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **C&C Lending** | ☐ Contingent | |
| | **1844 Darrow Road** | ☐ Unliquidated | |
| | **Duanesburg, NY 12056** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,875.00 |
| | **Calendar Call LLC** | ☐ Contingent | |
| | **108 Roxbury Drive** | ☐ Unliquidated | |
| | **Commack, NY 11725** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Vendor** | |
| | **Last 4 digits of account number** **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Caliber Home Loans** | ☐ Contingent | |
| | **3701 Regent Blvd** | ☐ Unliquidated | |
| | **Irving, TX 75063** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Cap Com FCU** | ☐ Contingent | |
| | **4 Winners Circle** | ☐ Unliquidated | |
| | **Albany, NY 12205** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Capital Affordable Housing Funding Corp** | ☐ Contingent | |
| | **255 Orange Street** | ☐ Unliquidated | |
| | **Albany, NY 12210** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Capital Bank/Chemung Canal Trust Company** | ☐ Contingent | |
| | **1 Chemung Canal Plaza** | ☐ Unliquidated | |
| | **Elmira, NY 14901** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $252.93 |
| | **Capital District Records Management Inc** | ☐ Contingent | |
| | **PO Box  4044** | ☐ Unliquidated | |
| | **Clifton Park, NY 12065** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Vendor** | |
| | **Last 4 digits of account number** **278** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number (*if known*) | |
| | Name | | |

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Carnow Acceptance Corporation**
**2017 Central Ave.**
**Albany, NY 12205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Carrington Mortgage Services, LLC**
**1600 South Douglass Road, Suite 200**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Carter Federal Credit Union**
**100 West Church Street**
**Springhill, LA 71075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $126.18
**Casella Waste Mgt, Inc**

**Williston, VT 05495-1372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number **1707**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Catherine Bradwell**
**2 Bergen Woods Drive**
**Cohoes, NY 12047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Catholic & Community Credit Union**
**6100 West Main Street**
**Belleville, IL 62223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
**Cenlar**
**425 Phillips Blvd**
**Trenton, NJ 08618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number *(if known)* | |
| | Name | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CFAM Financial Services, LLC**
**PO BOX 601329**
**Dallas, TX 75360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Chambles Math Carr PC**
**5720 Carmichael Road**
**Montgomery, AL 36117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Champion Mortgage**
**11 Eves Dr**
**Marlton, NJ 08053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Chittenden County Sheriff**
**70 Ethan Allen Drive,**
**South Burlington, VT 05403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Chrono Solutions, LLC**
**1199 S. Belt Line Road**
**Coppell, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,037.50 |

**Circle Management Group, LLC**
**P.O. Box 5091**
**High Point, NC 27262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1918**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**City of Johnstown**
**33-41 East Main Street**
**PO BOX 160**
**Johnstown, NY 12095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CLAIR & GJERTSEN**
**4 New King Street**
**West Harrison, NY 10604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __n/a__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ClearSpring Loan Services, Inc.**
**5220 Tennyson Parkway Suite 200,**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __n/a__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CM Asset Management LLC**
**PO Box 592**
**Berthoud, CO 80513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __n/a__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cohn & Roth**
**100 East Old Country Road**
**Mineola, NY 11501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __n/a__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Colonial Savings**
**2626 B West Freeway**
**Fort Worth, TX 76102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __n/a__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Community Loan Servicing, LLC**
**4425 Ponce De Leon Blvd, 5th Floor**
**Miami, FL 33146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __n/a__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Condor Capital Corp.**
**165 Oser Ave**
**Hauppauge, NY 11788-8827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __n/a__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address

**Cooksey, Toolen, Gage, Duffy & Woog**
**535 Anton Blvd., 10th Floor**
**Costa Mesa, CA 92626**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.91** | Nonpriority creditor's name and mailing address

**Costello, Cooney & Fearon, PLLC**
**5701 West Genesee Street**
**Camillus, NY 13031**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.92** | Nonpriority creditor's name and mailing address

**Court Solutions LLC**
**641 Lexington Avenue - Suite 1920**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.93** | Nonpriority creditor's name and mailing address

**CourtDrive**
**4500 Park Granada Blvd - Suite 202**
**Calabasas, CA 91302**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$449.00

---

**3.94** | Nonpriority creditor's name and mailing address

**Covius Settlement Services, LLC**
**720 South Colorado Blvd - Suite 210**
**P.O. Box 469089**
**Denver, CO 80246**

Date(s) debt was incurred _

Last 4 digits of account
number **Schiller & Knapp, LLP**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$11,671.00

---

**3.95** | Nonpriority creditor's name and mailing address

**Credit Union of Georgia**
**69 South Ave.**
**Marietta, GA 30060**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.96** | Nonpriority creditor's name and mailing address

**CTF Asset Management, LLC**
**117 Wrangler Drive**
**Coppell, TX 75019**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Dan Lombardi
187 Wolf Road
Albany, NY 12205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number <u>n/a</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Dannemora Federal Credit Union
344 Tom Miller Road
Plattsburgh, NY 12901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number <u>n/a</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Davidson Fink LLP
400 Meridian Centre Blvd suite 200,
Rochester, NY 14618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number <u>n/a</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Dawson & Albritton, P.A.
204 E. Arlington Blvd
Greenville, NC 27835

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number <u>n/a</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

De Lage Landen
8001 Birchwood Court
Johnston, IA 50131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number <u>n/a</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Deily & Schaefer, Esqs.
One Bridge Street
PO Box 489
Catskill, NY 12414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number <u>n/a</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Delano, Jeffrey & Delano, Pamela A.
600 Charlton Rd.
Ballston Spa, NY 12020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number <u>n/a</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Delta Community Credit Union**
**Sibcy Cline Florence Office**
**4885 Houston Rd building suite 102**
**Florence, KY 41042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Den Adelsman Klub, Inc.**
**305 East 4th Street**
**Jamestown, NY 14702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,396.41

**DGR Subpoena & Messenger Svc, Inc.**
**1359 Littleton Rd**
**Morris Plains, NJ 07950-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number **CH50**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**DLM Conesus Lake Associates, LLC.**
**60 Waltham Ave**
**Lancaster, NY 14086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Dovenmuehle Mortgage, Inc.**
**1 Corporate Drive, Suite 360**
**Lake Zurich, IL 60047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**DTF Asset Management, LLC**
**117 Wrangler Drive**
**Irving, TX 75016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,263.60

**E-Law, LLC**
**219 South Street, Suite 102**
**New Providence, NJ 07974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number **6724**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Earle & Freeman PLC**
**107 State Street - 3rd Floor**
**P.O. Box 1385**
**Montpelier, VT 05601-1385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number __n/a__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**East Coast Funding Group, Inc**
**277 Northern Blvd**
**Great Neck, NY 11021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __

Last 4 digits of account number __n/a__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$138.00**

**EasySoft Legal Software**
**Three 2nd Street - Suite 501**
**Jersey City, NJ 07302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number __n/a__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Edwards Mental Health**
**7 Corporate Drive**
**Clifton Park, NY 12065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __

Last 4 digits of account number __n/a__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Egress Software Technologies Inc**
**One Marina Park Drive - Suite 1410**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number __UNKN__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Eleanor Pers**
**12 Timberland Drive**
**Albany, NY 12211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __

Last 4 digits of account number __n/a__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Emberly-Rayn Boncie**
**1011 Cheyenne Rd**
**Schenectady, NY 12302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __

Last 4 digits of account number __n/a__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.118** Nonpriority creditor's name and mailing address

**Entec Consultants, Inc.**
**1200 New Loudon Road**
**Cohoes, NY 12047**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119** Nonpriority creditor's name and mailing address

**Eric Feldman & Associates, P.C.**
**123 W. Madison Street**
**Chicago, IL 60602**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.120** Nonpriority creditor's name and mailing address

**Ernstrom & Dreste, LLP**
**925 Clinton Square**
**Rochester, NY 14604**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.121** Nonpriority creditor's name and mailing address

**Evans Petree, PC**
**1000 Ridgeway Loop Road, Suite 200**
**Memphis, TN 38120**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.122** Nonpriority creditor's name and mailing address

**Evocative**
**Dept LA  25225**
**Pasadena, CA 91185-5185**

Date(s) debt was incurred _

Last 4 digits of account number **2596**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$2,678.21

---

**3.123** Nonpriority creditor's name and mailing address

**Fannie Mae**
**780 Third Avenue, 9th Floor**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124** Nonpriority creditor's name and mailing address

**Fay Servicing, LLC**
**440 S. LaSalle, Suite 2000**
**Chicago, IL 60605**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

FCI Lender Services, Inc.
P.O. Box 27370
Anaheim, CA 92809-0112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Federal Express
942 South Shady Grove Road
Memphis, TN 38120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __7923__

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Federal Home Loan Bank of New York
101 Park Avenue
New York, NY 10178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Fein, Such & Crane, LLP
7 Century Drive, Suite, 201
Parsippany, NJ 07054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Fidelity National Title Insurance Compan
80 State St Suite 10
Albany, NY 12207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Financial Asset Services, Inc.
17752 Mitchell N.Suite A
Irvine, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,799.50

First Integrity Title
18201 Von Karman - Suite 330
Irvine, CA 92612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __UNKN__

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 29 of 75

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **First Internet Bank** | ☐ Contingent | |
| | **11201 USA Parkway** | ☐ Unliquidated | |
| | **Fishers, IN 46037** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number __n/a__ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **First National Bank of Scotia** | ☐ Contingent | |
| | **201 Mohawk Avenue** | ☐ Unliquidated | |
| | **Schenectady, NY 12302** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number __n/a__ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **First New York Federal Credit Union** | ☐ Contingent | |
| | **2 Wall Street** | ☐ Unliquidated | |
| | **Albany, NY 12205** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number __n/a__ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **First Niagara Bank, N.A.** | ☐ Contingent | |
| | **PO BOX 514** | ☐ Unliquidated | |
| | **Lockport, NY 14095** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number __n/a__ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Firstar Investors, LLC** | ☐ Contingent | |
| | **25 Dogleg Lane** | ☐ Unliquidated | |
| | **Roslyn Heights, NY 11577** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number __n/a__ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Firstar Motel, LLC** | ☐ Contingent | |
| | **25 Dogleg Lane** | ☐ Unliquidated | |
| | **Roslyn Heights, NY 11577** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number __n/a__ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Firstar West Court, LLC** | ☐ Contingent | |
| | **25 Dogleg Lane** | ☐ Unliquidated | |
| | **Roslyn Heights, NY 11577** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number __n/a__ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| | |
|---|---|
| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** |
| | Name |

Case number (*if known*) _____

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Flagship Credit Acceptance, LLC**
**PO BOX 965**
**Chadds Ford, PA 19317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ford Motor Credit Company LLC**
**PO BOX 6275**
**Dearborn, MI 48121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,113.50 |
|---|---|---|---|

**Fortune Title Agency, Inc.**
**39 Woodland Road**
**Roseland, NJ 07068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Foundations Property Management, LLC**
**1528 Wharton Street**
**Philadelphia, PA 19146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553.63 |
|---|---|---|---|

**FP Mailing Solutions**
**140 N. Mitchell Ct - Suite 200**
**Addison, IL 60101-5629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number **6416**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Franklin Credit Management Corporation**
**101 Hudson Street, 25th Floor**
**Jersey City, NJ 07302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Freedom Mortgage**☐
**10500 Kincaid Drive**
**Fishers, IN 46037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Freedom Truck Finance**
421 W. Third Street
Fort Worth, TX 76102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number   n/a

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Friedman Vartolo LLP**
85 Broad Street
New York, NY 10004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number   n/a

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$101,967.96**

**Frontier Abstract & Researchers, Inc.**
69 Cascade Drive - Suite 101
Rochester, NY 14614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   Vendor

Last 4 digits of account number   n/a

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Fulton County Treasurer**
County Office Building
223 West Main Stree
Johnstown, NY 12095

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number   n/a

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Galanis, Pollack, Jacobs & Johnson, S.C.**
839 N. Jefferson Street, Suite 200
Milwaukee, WI 53202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number   n/a

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,049.00**

**Garden State Legal Services Corp.**
600 Lawrence Road
Lawrence Township, NJ 08648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   Vendor

Last 4 digits of account number   n/a

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Gary DiMauro Real Estate, Inc**
58 Broadway
Tivoli, NY 12583

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number   n/a

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Generation Mortgage Company**
**3565 piedmont Road**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number   **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Getnick, Livingston, Atkinson & Priore,**
**258 Genesee Street**
**Utica, NY 13502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number   **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Gillespie Fuels & Propane, Inc**
**5197 Main Street**
**Waitsfield, VT 05673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:   **Utility Vendor**

Last 4 digits of account number   **UNKN**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**GITSIT Solutions, LLC**
**333 South Anita Drive, Suite 400**
**Orange, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number   **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00**

**Gleichenhaus, Marchese & Weishaar PC**
**930 Convention Tower 43 Court St**
**Buffalo, NY 14202-3100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Vendor**

Last 4 digits of account number   **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Glens Falls National Bank and Trust Comp**
**250 Glen Street**
**Glens Falls, NY 12801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number   **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**GoAmerica, LLC**
**3115 S. Melrose Drive**
**Carlsbad, CA 92010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number   **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Goldberger and Kremer**
**39 North Pearl Street, Suite 201**
**Albany, NY 12207**

Date(s) debt was incurred _

Last 4 digits of account number  n/a

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Great Lakes Credit Union**
**PO BOX 1289**
**Deerfield, IL 60015**

Date(s) debt was incurred _

Last 4 digits of account number  n/a

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,248.76 |

**Greater Commonwealth Investors Assoc. LP**
**c/o H.L. Libby Corp.**
**803 Commonwealth Drive**
**Warrendale, PA 15086**

Date(s) debt was incurred _

Last 4 digits of account number  n/a

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Commercial Landlord - Pittsburgh

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Green Lake Homestead Inc**
**100 Harbor View Dr**
**Port Washington, NY 11050**

Date(s) debt was incurred _

Last 4 digits of account number  n/a

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Green Mountain Power**
**163 Acorn Lane**
**Colchester, VT 05446**

Date(s) debt was incurred _

Last 4 digits of account number  3493

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Green Planet Servicing, LLC**
**321 Research Pkwy**
**Meriden, CT 06450**

Date(s) debt was incurred _

Last 4 digits of account number  n/a

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Green River Capital LLC**
**1670 Old Country Rd Ste 220**
**Plainview, NY 11803**

Date(s) debt was incurred _

Last 4 digits of account number  n/a

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.167** | Nonpriority creditor's name and mailing address

**Greene County Treasurer**
**411 Main Street**
**Catskill, NY 12414**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.168** | Nonpriority creditor's name and mailing address

**Greenspoon Marder LLP**
**Trade Centre South, Suite 700**
**100 West Cypress Road**
**Fort Lauderdale, FL 33309**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.169** | Nonpriority creditor's name and mailing address

**Gregory Funding, LLC**
**PO Box 230579**
**Portland, OR 97281**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.170** | Nonpriority creditor's name and mailing address

**Greystone Servicing Company LLC**
**419 Belle Air Lane**
**Warrenton, VA 20186**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.171** | Nonpriority creditor's name and mailing address

**Guaranty Bank**
**400 West Brown Deer Road**
**Milwaukee, WI 53209**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.172** | Nonpriority creditor's name and mailing address

**Guardian**
**PO Box 677458**
**Dallas, TX 75267-7458**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.173** | Nonpriority creditor's name and mailing address

**Habitat for Humanity of Dutchess County,**
**8 Neptune Road**
**Poughkeepsie, NY 12601**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number *(if known)* | |
| | Name | | |

---

**3.174**

**Nonpriority creditor's name and mailing address**

**Hagwood and Tipton PC**
**ATTN: Amy Leslie**
**PO Box 726**
**Paris, TN 38242**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175**

**Nonpriority creditor's name and mailing address**

**Hahn Loeser & Parks, LLP**
**200 Public Square # 2800**
**Cleveland, OH 44114**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176**

**Nonpriority creditor's name and mailing address**

**Handel & Carlini, LLP**
**62 E Main Street**
**Wappingers Falls, NY 12590**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177**

**Nonpriority creditor's name and mailing address**

**Harris Beach, PLLC**
**99 Gamsey Road**
**Pittsford, NY 14534**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178**

**Nonpriority creditor's name and mailing address**

**Headlands Asset Management**
**765 Baywood Drive, Suite 340**
**Petaluma, CA 94954**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179**

**Nonpriority creditor's name and mailing address**

**Hershiser Capital Finance**
**30699 Russell Ranch Road**
**Thousand Oaks, CA 91362**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180**

**Nonpriority creditor's name and mailing address**

**Highmark BSNENY**
**40 Century Hill Drive**
**Latham, NY 12110**

Date(s) debt was incurred _

Last 4 digits of account number **UNKN**

As of the petition filing date, the claim is: *Check all that apply.*                    $21,779.83

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Health Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.181**

**Nonpriority creditor's name and mailing address**

**Hill Wallack, LLP**
**240 Cedar Knolls Road**
**Cedar Knolls, NJ 07927**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.182**

**Nonpriority creditor's name and mailing address**

**Hudson Heritage Federal Credit Union**
**25 Rykowski Lane**
**Middletown, NY 10941**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.183**

**Nonpriority creditor's name and mailing address**

**Hudson Valley Credit Union**
**137 Boardman Road**
**Poughkeepsie, NY 12603**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.184**

**Nonpriority creditor's name and mailing address**

**Hyundai Capital America dba Kia Motor Fi**
**10550 Talbert Avenue**
**Fountain Valley, CA 92728-0809**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.185**

**Nonpriority creditor's name and mailing address**

**i-Evolve**
**501 John James Audubon Parkway - Suite 2**
**Buffalo, NY 14228**

Date(s) debt was incurred _

Last 4 digits of account number **UNKN**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.186**

**Nonpriority creditor's name and mailing address**

**Ianniello Anderson, PC**
**8 Airline Drive**
**Albany, NY 12205**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.187**

**Nonpriority creditor's name and mailing address**

**IMail Tracking, LLC**
**9620 Ridgehaven Court - Suite A**
**San Diego, CA 92123**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,474.88**

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Innovate Loan Servicing**
**4704 Mercantile Drive**
**Fort Worth, TX 76137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Internet Marketing Ninjas**
**3 Orchard Drive**
**Queensbury, NY 12804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,707.68**

**IPFS**
**3522 Thomasville Road - Suite 400,**
**Tallahassee, FL 32309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cyber Insurance**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,475.10**

**IPFS**
**170 Northpointe Parkway - Suite 300**
**Buffalo, NY 14228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **E&O Insurance**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**J. Ward Holliday & Associates, P.C.**
**5930 Royal Lane, Suite 279**
**Dallas, TX 75230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**JAYA Properties LLC**
**151 Wentworth Avenue**
**Albertson, NY 11507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**JDRMDBPP,SM,SKP & JD IRA LLC**
**408 Main Street**
**Boonton, NJ 07005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jefferson Capital Systems, LLC**
**16 McLeland Rd.**
**Saint Cloud, MN 56303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number   **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jerome Spitzer**
**Jerome Spitzer**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number   **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joann Cummings**
**5 Sweeney Rd**
**Mechanicville, NY 12118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number   **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John A. Hamelin**
**160 East Avenue**
**Saratoga Springs, NY 12866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number   **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John H. Fisher, P.C.**
**278 Wall Street**
**Kingston, NY 12401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number   **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Joseph Gable, Esq.**
**17 British American Blvd.**
**Latham, NY 12110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number   **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,106.95** |
|---|---|---|---|

**JP&R Advertising Agency, Inc.**
**305 Broadway, Suite 200**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Vendor**

Last 4 digits of account number   **UNKN**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KeyBank National Association**
**127 Public Square**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keystone Asset Management, Inc.**
**890 Forty Foot Road**
**Lansdale, PA 19446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kirkland Financial LLC**
**3000 Business Park Circle, Suite 500**
**Goodlettsville, TN 37072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Knuckles & Komosinski, PC**
**220 White Plains Road, 6th Floor**
**Tarrytown, NY 10591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kozeny, McCubbin & Katz, LLP**
**395 North Service Road, Suite 401**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kubota Credit Corporation**
**6300 at One Kubota Way**
**Groveport, OH 43125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lakeview Loan Servicing**
**4425 Ponce de Leon MS 5-251**
**Miami, FL 33146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.209**  Nonpriority creditor's name and mailing address

**Land Home Financial Services, Inc**
**228 Park Avenue South # 67157**
**New York, NY 10003**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.210**  Nonpriority creditor's name and mailing address

**Law Offices of Gary Holt**
**2356 Moore St.**
**San Diego, CA 92110**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.211**  Nonpriority creditor's name and mailing address

**Law Offices of Jeffrey W. Shub**
**27 Congress Street**
**Salem, MA 01970**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.212**  Nonpriority creditor's name and mailing address

**Lease and Rental Management Corp.**
**45 Haverhill Street**
**ATTN: Mary Hawkins**
**Andover, MA 01810**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.213**  Nonpriority creditor's name and mailing address

**Lease Plan U.S.A., Inc.**
**1165 Sanctuary Parkway**
**Alpharetta, GA 30009**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.214**  Nonpriority creditor's name and mailing address

**Lee & Mason Financial Services, Inc.**
**719 State Route 30**
**Northville, NY 12134**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.215**  Nonpriority creditor's name and mailing address

**Lefkoff, Rubin & Gleason**
**5555 Glenridge Connector NE, Suite 900**
**Atlanta, GA 30342-4762**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.216** Nonpriority creditor's name and mailing address

**Lefkoff, Rubin, Gleason, Russo & William**
**5555 Glenridge Connector NE, Suite 900**
**Atlanta, GA 30342**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.217** Nonpriority creditor's name and mailing address

**Lehrman, Lehrman & Guterman LLP**
**199 Main Street**
**White Plains, NY 10601**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218** Nonpriority creditor's name and mailing address

**Lemery Greisler LLC**
**677 Broadway, 8th Floor**
**Albany, NY 12207**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.219** Nonpriority creditor's name and mailing address

**LenderLive Settlement Services LLC**
**1044 Main Street, Suite 700**
**Kansas City, MO 64105**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.220** Nonpriority creditor's name and mailing address

**Leopold & Associates, PLLC**
**80 Business Park Drive, Suite 110**
**Armonk, NY 10504**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.221** Nonpriority creditor's name and mailing address

**Levin & Glasser, P.C.**
**420 Lexington Avenue**
**New York, NY 10170**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.222** Nonpriority creditor's name and mailing address

**Levine & Block**
**PO Box 422148**
**Atlanta, GA 30342**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.223**

**Nonpriority creditor's name and mailing address**

**Licoln Archives Inc.**
**155 Great Arrow Ave**
**Buffalo, NY 14207**

**Date(s) debt was incurred** _

**Last 4 digits of account number  900**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.224**

**Nonpriority creditor's name and mailing address**

**Lipsey, Morrison, Waller & Lipsey, PC**
**1430 Island Home Avenue**
**Knoxville, TN 37920**

**Date(s) debt was incurred** _

**Last 4 digits of account number  n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.225**

**Nonpriority creditor's name and mailing address**

**Little Motors**
**363 Central Avenue**
**Albany, NY 12206**

**Date(s) debt was incurred** _

**Last 4 digits of account number  n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.226**

**Nonpriority creditor's name and mailing address**

**Live Oak Bank**
**1741 Tiburon Drive**
**Wilmington, NC 28403**

**Date(s) debt was incurred** _

**Last 4 digits of account number  n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.227**

**Nonpriority creditor's name and mailing address**

**Loan Portfolio Servicing**
**6750 Locke Ave.**
**Fort Worth, TX 76116**

**Date(s) debt was incurred** _

**Last 4 digits of account number  n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.228**

**Nonpriority creditor's name and mailing address**

**LoanCare- A ServiceLink Company**
**3637 Sentara Wat**
**Virginia Beach, VA 23452**

**Date(s) debt was incurred** _

**Last 4 digits of account number  n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.229**

**Nonpriority creditor's name and mailing address**

**Local 888, UFCW**
**Attn: Michael C. Anderson, Esq.**
**Elmsford, NY 10523-1955**

**Date(s) debt was incurred** _

**Last 4 digits of account number  n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.230**

**Nonpriority creditor's name and mailing address**
**M&T Bank -Special Assets Department**
**Mr. Kenneth Paulin, Jr.**
**One Fountain Plaza - 9th Floor**
**Buffalo, NY 14203**

Date(s) debt was incurred  _

Last 4 digits of account number  **9263**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  **Credit Card**

Is the claim subject to offset? ☒ No ☐ Yes

**$75,000.00**

---

**3.231**

**Nonpriority creditor's name and mailing address**
**M. J. Peterson - 200 Audubon, LLC**
**200 John James Audubon Parkway**
**Suite 300**
**Buffalo, NY 14228**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Commercial Landlord - Buffalo**

Is the claim subject to offset? ☒ No ☐ Yes

**$16,985.30**

---

**3.232**

**Nonpriority creditor's name and mailing address**
**Macey, Wilensky, Kessler & Hennings, LLC**
**303 Peachtree Street NE, Suite 4420**
**Atlanta, GA 30308**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.233**

**Nonpriority creditor's name and mailing address**
**Mackie Wolf Zientz & Mann, P.C.**
**124 W. Capitol Ave.**
**Little Rock, AR 72201**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.234**

**Nonpriority creditor's name and mailing address**
**Marcia & Jules Patricof**
**PO BOX 427**
**Woodmere, NY 11598**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.235**

**Nonpriority creditor's name and mailing address**
**Marilyn Krupnick**
**4 Dyers Court**
**East Setauket, NY 11733**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.236**

**Nonpriority creditor's name and mailing address**
**Mariners Companies**
**1303 Avocado Ave Suite 200**
**Newport Beach, CA 92660**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Martin, Oliveira & Hamel**
**75 South Church St., Suite 550**
**Pittsfield, MA 01201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marvin and Marvin, PLLC**
**PO BOX 151, 44 West Market Street**
**Rhinebeck, NY 12572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**McCabe, Weisberg & Conway PC**
**123 South Broad Street Suite 1400**
**Philadelphia, PA 19109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McCalla Raymer Leibert Pierce, LLC**
**1544 Old Alabama Road**
**Roswell, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McCarthy Holthus, LLP**
**108 First Avenue South - Suite 300**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McManimon, Scotland & Baumann, LLC**
**75 Livingston Avenue**
**Roseland, NJ 07068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,261.86 |
|---|---|---|---|

**McMichael Taylor Gray, LLC.**
**3550 Engineering Dr - Suite 260**
**Norcross, GA 30092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Mercedes-Benz Financial Services USA LLC**<br>**14372 Heritage Pkwy**<br>**Fort Worth, TX 76177** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MetLife**<br>**P.O. Box 783895**<br>**Philadelphia, PA 19178-3895** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Payroll Expense - Ongoing_ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Michael A. Alfieri, Esq.**<br>**30 Freneau Ave # 2A**<br>**Matawan, NJ 07747** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Michael Andrews and Associates LLC**<br>**POB 3875**<br>**Southfield, MI 48037-3875** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Michael Benson**<br>**2525 County Route 5**<br>**New Lebanon, NY 12125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Michael F. Smith**<br>**12 Timberland Drive**<br>**Albany, NY 12211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Michael J. Biscone**<br>**151 Main St**<br>**Ravena, NY 12143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.251**

**Nonpriority creditor's name and mailing address**

**Mid Florida Financing LLC**
**1200 West Memorial Blvd**
**Lakeland, FL 33815**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _**n/a**_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.252**

**Nonpriority creditor's name and mailing address**

**Mid-Hudson Valley Federal Credit Union**
**PO BOX 1429**
**1099 Morton Blvd**
**Kingston, NY 12401**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _**n/a**_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.253**

**Nonpriority creditor's name and mailing address**

**MidCountry Bank**
**7825 Washington Avenue South, Ste 120**
**Minneapolis, MN 55439**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _**n/a**_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.254**

**Nonpriority creditor's name and mailing address**

**Middlesex County Sheriff**
**701 Livingston Avenue,**
**New Brunswick, NJ 08901**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _**n/a**_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _**Vendor**_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.255**

**Nonpriority creditor's name and mailing address**

**Midland Mortgage**
**999 NW Grand Blvd**
**Oklahoma City, OK 73118**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _**n/a**_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.256**

**Nonpriority creditor's name and mailing address**

**Millsap & Singer, LLC**
**612 Spirit Drive**
**Chesterfield, MO 63005**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _**n/a**_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.257**

**Nonpriority creditor's name and mailing address**

**Monaghan Safar Ducham PLCC**
**156 Battery Street**
**Burlington, VT 05401**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _**n/a**_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number *(if known)* | |
| | Name | | |

---

**3.258**

**Nonpriority creditor's name and mailing address**
**Monmouth County Sheriff**
**2500 Kozloski Road,**
**Freehold, NJ 07728**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259**

**Nonpriority creditor's name and mailing address**
**Mortgage America**
**1425 Grape Street**
**Whitehall, PA 18052**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260**

**Nonpriority creditor's name and mailing address**
**Mortgage of America**
**1425 Grape Street**
**Whitehall, PA 18052**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261**

**Nonpriority creditor's name and mailing address**
**Naiman Law Group, PC**
**4660 La Jolla Drive, Suite 650**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262**

**Nonpriority creditor's name and mailing address**
**National Bank of Coxsackie**
**3-7 Reed Street**
**PO Box 400**
**Coxsackie, NY 12051**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263**

**Nonpriority creditor's name and mailing address**
**National Business Technologies**
**15 Corporate Circle**
**Albany, NY 12203**

Date(s) debt was incurred _

Last 4 digits of account number __SA03__

As of the petition filing date, the claim is: *Check all that apply.*    **$576.43**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264**

**Nonpriority creditor's name and mailing address**
**National Grid**
**300 Erie Blvd West,**
**Syracuse, NY 13202-0960**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*    **$497.64**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**                                Case number *(if known)* _____
Name

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**National Response Corp.**
**19 National Dr.**
**Franklin, MA 02038**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nationstar Mortgage, LLC d/b/a Mr. Coope**
**350 Highland Drive**
**Lewisville, TX 75067**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nationwide Court Services Inc.**
**761 Koehler Ave. - Suite A**
**Ronkonkoma, NY 11779**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number **SCHKNA**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Nelson Law Group, PLLC**
**761 Koehler Ave. - Suite A**
**Ronkonkoma, NY 11779**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number **SCHKNA**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nesson, Barry, Esq.**
**700 White Plains Road**
**Scarsdale, NY 10583**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $955.00 |
|---|---|---|---|

**NetDirector, LLC**
**3450 Buschwood Park Drive - Suite 110**
**Tampa, FL 33618**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number **AK01**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,138.00 |
|---|---|---|---|

**New England Newspapers**
**P.O. Box 1171**
**Pittsfield, MA 01202**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number **n/a**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number (*if known*) | |
| | Name | | |

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Nicholas Financial, Inc.** | ☐ Contingent | |
| | **2454 McMullen Booth Rd., Bldg C** | ☐ Unliquidated | |
| | **Clearwater, FL 33759** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **NLR, Inc.** | ☐ Contingent | |
| | **4 Revay Road** | ☐ Unliquidated | |
| | **East Windsor, CT 06088** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Normandy Corporation** | ☐ Contingent | |
| | **46 Prince Street** | ☐ Unliquidated | |
| | **Rochester, NY 14607** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **North Atlantic Capital Fund I, LLC.** | ☐ Contingent | |
| | **50 Portland Pier** | ☐ Unliquidated | |
| | **Portland, ME 04101** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Note Resolutions, LLC** | ☐ Contingent | |
| | **1135 Clifton Ave, Suite 204** | ☐ Unliquidated | |
| | **Clifton, NJ 07013** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Notecraft Capital, LLC** | ☐ Contingent | |
| | **1619 51st Street** | ☐ Unliquidated | |
| | **Seattle, WA 98103** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Numerica Credit Union** | ☐ Contingent | |
| | **P.O. Box 4000** | ☐ Unliquidated | |
| | **Veradale, WA 99037** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number *(if known)* | |
|--------|---------------------------------------------|--------------------------|--|
| | Name | | |

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-------|--------------------------------------------------|-----|-----|

**Ocean County Sheriff**
**120 Hooper Avenue**
**Toms River, NJ 08753**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**OceanFirst Bank**
**907 Route 8 South**
**Cape May Court House, NJ 08210**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ocwen Loan Servicing, LLC**
**4828 Loop Central Drive**
**Houston, TX 77081**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |

**Old Heritage Realty Services, LLC**
**4 Winners Circle**
**Albany, NY 12205**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Old Republic National Title Insurance Co**
**1200 Liberty Ridge Drive**
**Wayne, PA 19087**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**OneMain Financial Group, LLC**
**601 NW Second Street**
**Evansville, IN 47708**

Date(s) debt was incurred _

Last 4 digits of account number **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107.73 |

**Optiimum**
**1111 Stewart Ave,**
**Bethpage, NY 11714-3581**

Date(s) debt was incurred _

Last 4 digits of account number **UNKN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.286** | Nonpriority creditor's name and mailing address
Overit Multimedia, Inc.
435 New Scotland Avenue
Albany, NY 12208

Date(s) debt was incurred _
Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.287** | Nonpriority creditor's name and mailing address
PAC Abstract & Title Services LLC
36 British American Blvd - Suite 102
Latham, NY 12110

Date(s) debt was incurred _
Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$852.00

---

**3.288** | Nonpriority creditor's name and mailing address
PACCAR Financial Corp
777 106th Ave NE
Bellevue, WA 98004

Date(s) debt was incurred _
Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.289** | Nonpriority creditor's name and mailing address
PACER Service Center
P.O. Box 780549
San Antonio, TX 78278

Date(s) debt was incurred _
Last 4 digits of account number  **5540**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$1,712.60

---

**3.290** | Nonpriority creditor's name and mailing address
Padfield & Stout, LLP
421 W. Third Street
Fort Worth, TX 76102

Date(s) debt was incurred _
Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.291** | Nonpriority creditor's name and mailing address
Padgett Law Group
5501 LBJ Freeway, Suite 925
Dallas, TX 75240

Date(s) debt was incurred _
Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.292** | Nonpriority creditor's name and mailing address
Paul B. Knapp, Esq
422 Pinkster Ln
Slingerlands, NY 12159

Date(s) debt was incurred _
Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.293** | Nonpriority creditor's name and mailing address
**PC Law Time Matters LLC**
**2235 Gateway Access Point - Suite 300**
**Raleigh, NC 27607**

Date(s) debt was incurred _

Last 4 digits of account number __1099__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$6,055.56**

---

**3.294** | Nonpriority creditor's name and mailing address
**PDA Corporate Stores Division I, LLC**
**75-1160563**
**Dept #161, P.O. Box 1000**
**Memphis, TN 38148-0161**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$247.02**

---

**3.295** | Nonpriority creditor's name and mailing address
**Peet Law Group**
**55 Patchen Road South**
**South Burlington, VT 05403**

Date(s) debt was incurred _

Last 4 digits of account number __Schiller Knapp__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$9,642.72**

---

**3.296** | Nonpriority creditor's name and mailing address
**Pellegrino Law PLLC**
**1617 John F. Kennedy Blvd Suite 1888**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$135.00**

---

**3.297** | Nonpriority creditor's name and mailing address
**PennyMac Loan Sevices, LLC**
**6101 Condor Drive**
**Moorpark, CA 93021**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.298** | Nonpriority creditor's name and mailing address
**Peritus Portfolio Services LLC**
**PO BOX 93991**
**Southlake, TX 76092**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.299** | Nonpriority creditor's name and mailing address
**Perl Land Development Corp**
**2024 W HENRIETTA RD**
**Rochester, NY 14623**

Date(s) debt was incurred _

Last 4 digits of account number __n/a__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PHH Mortgage**
**1 Mortgage Way**
**Mount Laurel, NJ 08054**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Planet Home Lending, LLC.**
**321 Research Parkway**
**Meriden, CT 06450**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,896.72 |
|---|---|---|---|

**PNJ Technology Partners, Inc**
**426 New Karner Road**
**Albany, NY 12205**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $658.10 |
|---|---|---|---|

**Polow & Polow PLLC**
**125 Main Street**
**Hyde Park, VT 05655**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Portfolio Recovery Associates, Inc.**
**120 Corporate Boulevard**
**Norfolk, VA 23502**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,420.83 |
|---|---|---|---|

**Power Play Partners, LLC**
**P.O. Box 484**
**Clarence Center, NY 14032**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Commercial Landlord - Buffalo**

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Poyner Spruill**
**301 S. College Street #2900**
**Charlotte, NC 28202**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.307** | Nonpriority creditor's name and mailing address
**Prenovost, Normandin, Dawe & Rocha**
2122 North Broadway, Suite 200
Santa Ana, CA 92706

Date(s) debt was incurred _
Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                                   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.308** | Nonpriority creditor's name and mailing address
**Prestige Financial Services, Inc.**
PO BOX 26707
Salt Lake City, UT 84126

Date(s) debt was incurred _
Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                                   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.309** | Nonpriority creditor's name and mailing address
**Primary Residential Mortgage, Inc.**
1480 N 2200 W
Salt Lake City, UT 84116

Date(s) debt was incurred _
Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                                   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.310** | Nonpriority creditor's name and mailing address
**Primo Water/Crystal Rock**
200 Eagles Landing Blvd,
Lakeland, FL 33810

Date(s) debt was incurred _
Last 4 digits of account number  **8472**

As of the petition filing date, the claim is: *Check all that apply.*                                   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.311** | Nonpriority creditor's name and mailing address
**Prober & Raphael, A Law Corporation**
20750 Ventura Blvd, Suite 100
Woodland Hills, CA 91364

Date(s) debt was incurred _
Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                                   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.312** | Nonpriority creditor's name and mailing address
**Professional Appearances, Inc.**
407 Essex St
Millburn, NJ 07041

Date(s) debt was incurred _
Last 4 digits of account number  **UNKN**

As of the petition filing date, the claim is: *Check all that apply.*                                   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.313** | Nonpriority creditor's name and mailing address
**Progressive Credit Union**
131 West 33rd Street
New York, NY 10001

Date(s) debt was incurred _
Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                                   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.314**

**Nonpriority creditor's name and mailing address**
**ProVest LLC**
**7702 Woodland Center Blvd - Suite 100**
**Tampa, FL 33614**

Date(s) debt was incurred  _

Last 4 digits of account number  **3257,3403,4463**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$78,470.00**

---

**3.315**

**Nonpriority creditor's name and mailing address**
**Prozzo Auctions**
**RMP Enterprises, Inc,**
**207 North Main Street**
**Rutland, VT 05701**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.316**

**Nonpriority creditor's name and mailing address**
**Publication Elite Company, Inc**
**88 Froehlich Farm Blvd - Suite 403**
**Woodbury, NY 11797**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$129,459.84**

---

**3.317**

**Nonpriority creditor's name and mailing address**
**Pulvers,Pulvers,Thompson & Friedman, LLP**
**950 Third Ave, 11th Floor**
**New York, NY 10022**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$6,550.00**

---

**3.318**

**Nonpriority creditor's name and mailing address**
**Puzzle HR**
**4030 West Boy Scout Blvd - suite 325**
**Tampa, FL 33607**

Date(s) debt was incurred  _

Last 4 digits of account number  **1636**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$5,250.00**

---

**3.319**

**Nonpriority creditor's name and mailing address**
**Quandis, Inc**
**30021 Tomas Ste 200,**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$706.00**

---

**3.320**

**Nonpriority creditor's name and mailing address**
**RAC title Search, Inc**
**Metro Office Park 7 - Street 1 - Suite 2**
**Guaynabo, PR 00968**

Date(s) debt was incurred  _

Last 4 digits of account number  **n/a**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Radharani Properties LLC**
**151 Wentworth Avenue**
**Albertson, NY 11507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __n/a__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Real Time Resolutions, Inc.**
**1349 Empire Central Drive**
**Dallas, TX 75247-4029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __n/a__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Reed & Reed Attorneys at Law**
**101 E Lumsden Road**
**Brandon, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __n/a__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Regional Acceptance Corporation**
**500 Willowbrook Office Park #575**
**Fairport, NY 14450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __n/a__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,573.58 |
|---|---|---|---|

**Renob, LLC c/o The Falcon Group**
**95 Mount Bethel Road**
**Warren, NJ 07059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __n/a__

Basis for the claim: __Commercial Landlord - NJ__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**Resnet**
**27442 Portola Parkway,**
**Foothill Ranch, CA 92610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __0678__

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Resurgent Capital Services**
**PO BOX 10587**
**15 South Main Street, Suite 401**
**Greenville, SC 29601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __n/a__

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Reverse Mortgage Solutions, Inc.**
14405 Walters Road
Houston, TX 77014-1345

Date(s) debt was incurred _
Last 4 digits of account number __n/a__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rhinebeck Bank**
2 Jefferson Plaza
Poughkeepsie, NY 12601

Date(s) debt was incurred _
Last 4 digits of account number __n/a__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richard C. Wayne & Associates, P.C.**
24 Lenox Pointe
Atlanta, GA 30324

Date(s) debt was incurred _
Last 4 digits of account number __n/a__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Riehlman Shafer & Shaw, LLC**
7693 Route 281
Tully, NY 13159

Date(s) debt was incurred _
Last 4 digits of account number __n/a__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RIS Insulation Supply**
1177 Commerce Blvd.
Midway, FL 32343

Date(s) debt was incurred _
Last 4 digits of account number __n/a__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rivermark Community Credit Union**
PO Box 4040
Beaverton, OR 97006

Date(s) debt was incurred _
Last 4 digits of account number __n/a__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robertson, Anschutz & Schneid, PL (RAS)**
6409 Congress Ave, Suite 100
Boca Raton, FL 33487

Date(s) debt was incurred _
Last 4 digits of account number __n/a__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robinowitz Cohlan Dubow & Doherty LLP**
**199 Main Street**
**White Plains, NY 10601-3171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rockland Employees Federal Credit Union**
**170 East Cental Avenue, Rte 59 West**
**Spring Valley, NY 10977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rondout Savings Bank**
**ATTN: Sara Morrissey**
**Kingston, NY 12401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RoundPoint Mortgage Servicing Corporatio**
**5016 Parkway Plaza Blvd**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rushmore Loan Management Services LLC**
**15480 Laguna Canyon Road**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rutland County Sheriff**
**88 Grove Street**
**Rutland, VT 05701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Hertzel, Esq.**
**25 Amity Point**
**Clifton Park, NY 12065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.342** | Nonpriority creditor's name and mailing address
**Sagent M&C, LLC**
**100 Continental Dr - Suite 500,**
**King of Prussia, PA 19406**

Date(s) debt was incurred _
Last 4 digits of account number  **0497**

As of the petition filing date, the claim is: *Check all that apply.*    **$75.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.343** | Nonpriority creditor's name and mailing address
**Samuel Kramer, Attorney at Law**
**10 Pantigo Road**
**East Hampton, NY 11937**

Date(s) debt was incurred _
Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.344** | Nonpriority creditor's name and mailing address
**Sapirstein and Sapirstein**
**1350 Main Street, 12th Floor**
**Springfield, MA 01103**

Date(s) debt was incurred _
Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** | Nonpriority creditor's name and mailing address
**Sarah Delane**
**8 Spruce Street**
**Clifton Park, NY 12065**

Date(s) debt was incurred _
Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** | Nonpriority creditor's name and mailing address
**Saratoga National Bank and Trust Company**
**171 South Broadway**
**Saratoga Springs, NY 12866**

Date(s) debt was incurred _
Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | Nonpriority creditor's name and mailing address
**Schaap Moving Systems, Inc**
**6 Brown Road**
**Albany, NY 12205**

Date(s) debt was incurred _
Last 4 digits of account
number  **Schiller, Knapp LLP**

As of the petition filing date, the claim is: *Check all that apply.*    **$300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.348** | Nonpriority creditor's name and mailing address
**Schoharie County Treasurer**
**PO Box 9**
**Schoharie, NY 12157**

Date(s) debt was incurred _
Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**School Systems Federal Credit Union**
**325 Washington Avenue Extension**
**Albany, NY 12205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Secured Equity Financial**
**1192 E. Draper Pkwy**
**Farmington, NM 87402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SEFCU**
**700 Patroon Creek Road**
**Albany, NY 12206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Seidman & Pincus, LLC**
**777 Terrace Avenue, Suite 508**
**Hasbrouck Heights, NJ 07604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Select Portfolio Servicing, Inc.**
**3217 S Decker Lake Drive**
**Salt Lake City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.354** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Selene Finance**
**8201 Cypress Plaza Drive**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.355** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Self Reliance Federal Credit Union**
**108 Second Avenue**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.356** | Nonpriority creditor's name and mailing address
**Seneca Mortgage Servicing, LLC**
611 Jamison Road
Elma, NY 14059

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** | Nonpriority creditor's name and mailing address
**ServiceLink, LLC**
3220 El Camino Real
Irvine, CA 92602

Date(s) debt was incurred _
Last 4 digits of account number **4785**

As of the petition filing date, the claim is: *Check all that apply.*            **$2,030.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.358** | Nonpriority creditor's name and mailing address
**Seterus Inc.**
3039 Cornwallis Road, Building 203 #AA14
Durham, NC 27709

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.359** | Nonpriority creditor's name and mailing address
**Severson & Werson**
One Embarcadero Center
San Francisco, CA 94111

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.360** | Nonpriority creditor's name and mailing address
**Shapiro, Dicaro & Barak, LLC**
175 Mile Crossing Boulevard
Rochester, NY 14624

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.361** | Nonpriority creditor's name and mailing address
**Shapiro, Pendergast & Hasty**
211 Perimeter Center Parkway, NE
Atlanta, GA 30346

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.362** | Nonpriority creditor's name and mailing address
**Shellpoint Mortgage Servicing**
55 Beattie Place, Suite 100
Greenville, SC 29601

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.363**

Nonpriority creditor's name and mailing address
**Skopos Financial, LLC**
**500 E John Carpenter FWY**
**Irving, TX 75062**

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.364**

Nonpriority creditor's name and mailing address
**SN Servicing Corporation**
**323 Fifth Street**
**Eureka, CA 95501**

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.365**

Nonpriority creditor's name and mailing address
**Specialized Loan Servicing, LLC**
**6200 S. Quebec Street**
**Englewood, CO 80111**

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.366**

Nonpriority creditor's name and mailing address
**Spectrum Business**
**400 Washington Blvd**
**Stamford, CT 06902**

Date(s) debt was incurred _
Last 4 digits of account number **3203**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$279.97**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.367**

Nonpriority creditor's name and mailing address
**Springleaf Finance, Inc.**
**601 N.W. Second Street**
**Evansville, IN 47708**

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.368**

Nonpriority creditor's name and mailing address
**Sprout Mortgage**
**4600 Fuller Drive, Suite 350**
**Irving, TX 75038**

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.369**

Nonpriority creditor's name and mailing address
**Statebridge Company, LLC**
**6061 S Willow Drive, Suite 300**
**Englewood, CO 80111**

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.370** | Nonpriority creditor's name and mailing address

**Stewart Title Guaranty Company**
**200 Fifth Avenue, Suite 301**
**Waltham, MA 02451**

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.371** | Nonpriority creditor's name and mailing address

**Stewart, Zlimen & Jungers, LTD**
**2860 Patton Road**
**Saint Paul, MN 55113**

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.372** | Nonpriority creditor's name and mailing address

**STK Janitorial Services, Inc**
**126 Stone Quarry Road**
**Clifton Park, NY 12065**

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.373** | Nonpriority creditor's name and mailing address

**Stolat Financial LLC**
**744 E. Superior Street**
**Duluth, MN 55802**

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.374** | Nonpriority creditor's name and mailing address

**STOX Posting & Publishing LLC**
**2701 Transit Road - Suite 139**
**Elma, NY 14059**

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$140,213.54

---

**3.375** | Nonpriority creditor's name and mailing address

**STOX Pro Serve**
**2701 Transit Road - Suite 140**
**Elma, NY 14059**

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$50,047.54

---

**3.376** | Nonpriority creditor's name and mailing address

**Suffolk County Sheriff**
**200 Suffolk Avenue**
**Yaphank, NY 11980**

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.377** | Nonpriority creditor's name and mailing address
**Suncoast Schools Federal Credit Union**
Mail Code: COL 002
**Tampa, FL 33680**

Date(s) debt was incurred _
Last 4 digits of account number  __n/a__

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.378** | Nonpriority creditor's name and mailing address
**Sunmark Credit Union**
**1187 Troy Schenectady Road**
**Latham, NY 12110**

Date(s) debt was incurred _
Last 4 digits of account number  __n/a__

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.379** | Nonpriority creditor's name and mailing address
**Suntrust Mortgage, Inc.**
**6225 N Croatan Hwy, Suite D**
**Kitty Hawk, NC 27949**

Date(s) debt was incurred _
Last 4 digits of account number  __n/a__

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.380** | Nonpriority creditor's name and mailing address
**TD Auto Finance LLC**
**4600 Touchion Road,**
**Building 100, Suite 400**
**Jacksonville, FL 32245**

Date(s) debt was incurred _
Last 4 digits of account number  __n/a__

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.381** | Nonpriority creditor's name and mailing address
**TD Bank, N.A.**
**PO Box 551080**
**Jacksonville, FL 32255**

Date(s) debt was incurred _
Last 4 digits of account number  __n/a__

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.382** | Nonpriority creditor's name and mailing address
**Teal Becker & Chiaramonte**
**7 Washington Square**
**Albany, NY 12205**

Date(s) debt was incurred _
Last 4 digits of account number  __n/a__

As of the petition filing date, the claim is: *Check all that apply.*    **$1,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.383** | Nonpriority creditor's name and mailing address
**Teligent IP**
**8156 S Wadsworth Blvd - Suite E354**
**Littleton, CO 80128-9114**

Date(s) debt was incurred _
Last 4 digits of account number  __1781__

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ten Eyck Group**
**1924 Western Avenue**
**Albany, NY 12203**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance Carrier**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Adirondack Trust Company**
**473 Broadway**
**Saratoga Springs, NY 12866**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,463.05 |
|---|---|---|---|

**The Data Center**
**426 New Karner Road**
**Albany, NY 12205**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **SLH**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Delaware National Bank of Delhi**
**124 Main Street**
**Delhi, NY 13753**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Hartford Financial Services Group**
**One Hartford Plaza**
**Hartford, CT 06155**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Money Source**
**3138 East Elwood Street**
**Phoenix, AZ 85034**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Murray Law Firm**
**10 Maxwell Drive**
**Clifton Park, NY 12065**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.391** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
The Newman-Kelton Group, LLC
11 Sunset Dr
Latham, NY 12110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  **n/a**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.392** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
The Olsen Law Firm, LLC
118 Conistor St Suite B290
Liberty, MO 64068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  **n/a**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.393** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
The Sundmaker Firm
1027 Ninth Street
New Orleans, LA 70115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  **n/a**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.394** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
Thomas Reed
111 Hollow Road
Amsterdam, NY 12010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  **n/a**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.395** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,365.30**
Thomson Reuters
610 Opperman Dr,
Saint Paul, MN 55123-1396

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  **9000**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.396** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**
Three Charms, LLC
PO Box 88
Waitsfield, VT 05673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  **n/a**

Basis for the claim:  **Commercial Landlord**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.397** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
TitleMax of Delaware, Inc.
3401 Kirkwood Hwy
Wilmington, DE 19808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  **n/a**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | | Case number (*if known*) | |
| | Name | | | |

---

| 3.398 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | **TitleMax of Ohio, Inc.** | ☐ Contingent | |
| | **4613 Northfield Road** | ☐ Unliquidated | |
| | **Cleveland, OH 44128** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.399 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,767.06 |
| | **TJC Process Service, LTD** | ☐ Contingent | |
| | **88 Froehlich Farm Blvd - Suite 403** | ☐ Unliquidated | |
| | **Woodbury, NY 11797** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Vendor_ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.400 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | **Tom & Lisa Dougherty** | ☐ Contingent | |
| | **116 Willow Street** | ☐ Unliquidated | |
| | **Guilderland, NY 12084** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.401 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | **Toyota Motor Credit Corporation** | ☐ Contingent | |
| | **19001 South Western Avenue** | ☐ Unliquidated | |
| | **Torrance, CA 90509** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.402 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | **TrailNorth Federal Credit Union** | ☐ Contingent | |
| | **1178 NYS RTE 9N** | ☐ Unliquidated | |
| | **Ticonderoga, NY 12883** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.403 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | **TransAmerica Financial Life Insurance** | ☐ Contingent | |
| | **6400 C St. SW** | ☐ Unliquidated | |
| | **Cedar Rapids, IA 52499** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Employee Benefits Provider_ | |
| | Last 4 digits of account number **UNKN** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.404 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | **Triad Financial Services** | ☐ Contingent | |
| | **13901 Sutton Park Dr. S, Suite 300** | ☐ Unliquidated | |
| | **Jacksonville, FL 32224** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tronconi Segarra & Associates LLP**
8321 Main Street,
Buffalo, NY 14221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Vendor

Last 4 digits of account number  2424

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Trott Law**
31440 Northwestern Highway
Farmington, MI 48334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  n/a

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Troy Sand & Gravel Co., Inc.**
River Street
Mechanicville, NY 12118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  n/a

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TruNorthern Federal Credit Union**
494 East Main Street
Malone, NY 12953

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  n/a

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tuthill Finance**
60 Katona Drive, Suite 26
Fairfield, CT 06824

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  n/a

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UFirst Federal Credit Union**
274 Rugar Street
Plattsburgh, NY 12901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  n/a

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ulster County**
244 Fair Street
Kingston, NY 12401-0906

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  n/a

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.412 | **Nonpriority creditor's name and mailing address**<br>**Ulster Savings Bank**<br>**180 Schwenk Drive**<br>**Kingston, NY 12401**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **n/a** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.413 | **Nonpriority creditor's name and mailing address**<br>**University Bank**<br>**29777 Telegraph Rd**<br>**Southfield, MI 48034**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **n/a** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.414 | **Nonpriority creditor's name and mailing address**<br>**USFN**<br>**9001 Airport Freeway - Suite 740**<br>**North Richland Hills, TX 76180**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **n/a** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $8,283.35 |
| 3.415 | **Nonpriority creditor's name and mailing address**<br>**Valon Mortgage Inc.**<br>**3100 West Ray Road, Suite 201**<br>**Chandler, AZ 85226**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **n/a** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.416 | **Nonpriority creditor's name and mailing address**<br>**Vantage Credit Union**<br>**4020 Fee Fee Road**<br>**Bridgeton, MO 63044**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **n/a** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.417 | **Nonpriority creditor's name and mailing address**<br>**Velocity Commercial Capital, LLC**<br>**30699 Russell Ranch Rd, Suite 295**<br>**Thousand Oaks, CA 91362**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **n/a** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.418 | **Nonpriority creditor's name and mailing address**<br>**Verizon Wireless Bankruptcy Administrati**<br>**500 Technology Drive, Suite 550**<br>**Saint Charles, MO 63304**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **UNKN** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,133.14 |

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.419**

Nonpriority creditor's name and mailing address

**Village Clerk for Village of Fort Edward**
**161 Ottawa Street**
**Lake George, NY 12845**

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.420**

Nonpriority creditor's name and mailing address

**Waitsfield and Champlain Valley Telecom**
**3898 Main St**
**Waitsfield, VT 05673**

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*    **$191.01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.421**

Nonpriority creditor's name and mailing address

**Wallkill Valley Federal Savings & Loan**
**23 Wallkill Avenue**
**Wallkill, NY 12589**

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422**

Nonpriority creditor's name and mailing address

**Warner Norcross & Judd LLP**
**900 Fifth Third Center, 111 Lyon Street**
**Grand Rapids, MI 49503-2487**

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.423**

Nonpriority creditor's name and mailing address

**Warren County Sheriff**
**413 2nd Street #1**
**Belvidere, NJ 07823**

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.424**

Nonpriority creditor's name and mailing address

**Washington County Sheriff**
**10 Elm Street**
**Montpelier, VT 05602**

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.425**

Nonpriority creditor's name and mailing address

**Washington County Treasurer**
**383 Broadway**
**Fort Edward, NY 12828**

Date(s) debt was incurred _

Last 4 digits of account number  **n/a**

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | Case number *(if known)* | |
| | Name | | |

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$191.11** |

**WB Mason Co, Inc.**
**59 Centre St**
**Brockton, MA 02301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **3821**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,149.96** |

**Web Title Agency Corporation**
**755 Jefferson Road - Suite 300**
**Rochester, NY 14623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Webster Bank, NA.**
**200 Executive Blvd SO-245**
**Southington, CT 06489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Webster First Federal Credit Union**
**271 Greenwood Street**
**Worcester, MA 01607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Wells Fargo Auto**
**Bankruptcy Department Priority 13**
**250 E John Carpenter Fwy**
**Irving, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Wells Fargo Bank NA**
**7000 Vista Drive**
**West Des Moines, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Wells Fargo Dealear Services**
**Priority 13 MAC# N9305-162**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.433** Nonpriority creditor's name and mailing address
**Weltman, Weinberg & Reis Co., L.P.A.**
**175 S Third St., Suite 900**
**Columbus, OH 43215**

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.434** Nonpriority creditor's name and mailing address
**Whalley Computer Associates, Inc.**
**1 Whalley Way**
**Southwick, MA 01077**

Date(s) debt was incurred _
Last 4 digits of account number **SKLHL**

As of the petition filing date, the claim is: *Check all that apply.*                     **$21,344.59**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.435** Nonpriority creditor's name and mailing address
**William Ambrose, Esq**
**181 South Main Street**
**Pearl River, NY 10965**

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                     **$4,800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.436** Nonpriority creditor's name and mailing address
**William Schiller, Esq.**
**703 Sachem Cir**
**Slingerlands, NY 12159**

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.437** Nonpriority creditor's name and mailing address
**Windham County Sheriff**
**185 Old Ferry Road,**
**Brattleboro, VT 05301**

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.438** Nonpriority creditor's name and mailing address
**Yanci Herboldt, Esq.**
**460 South Main St, #78 North**
**Syracuse, NY 13212**

Date(s) debt was incurred _
Last 4 digits of account number **n/a**

As of the petition filing date, the claim is: *Check all that apply.*                     **$300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Covius Settlement Services, LLC**<br>**1044 Main Street, Suite 700**<br>**Kansas City, MO 64105** | Line **3.94**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.2**   **Greater Commonwealth Investors Assoc. LP** <br> **c/o H.L. Libby Corp.** <br> **P.O. Box 62336-16** <br> **Baltimore, MD 21264** | Line **3.162** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.3**   **Jonathan Warner, Esq.** <br> **Warner & Warner, PLLC** <br> **6 Automation Lane, Suite 109** <br> **Albany, NY 12205** | Line **3.386** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.4**   **Jonathan Warner, Esq.** <br> **Warner & Warner, PLLC** <br> **6 Automation Lane, Suite 109** <br> **Albany, NY 12205** | Line **3.302** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.5**   **KekyBank NA** <br> **4224 Ridge Lea Road** <br> **Buffalo, NY 14226** | Line **3.202** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.6**   **Leigh Hoffman, Esq.** <br> **Lippes Mathias LLP** <br> **54 State Street, Suite 1001** <br> **Albany, NY 12207** | Line **3.436** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.7**   **Paula Barbaruolo, Esq.** <br> **12 Cornell Road** <br> **Latham, NY 12110** | Line **3.436** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.8**   **Relin, Goldstein, & Crane LLP** <br> **28 East Main Street, Suite 1800** <br> **Rochester, NY 14614** | Line **3.148** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.9**   **Ryant T. Donovan, Esq.** <br> **Conway, Donovan, & Manley, PLLC** <br> **50 State Street, 2nd Fl.** <br> **Albany, NY 12207** | Line **3.436** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.10**   **ServiceLink, LLC** <br> **P.O. Box 5111327** <br> **Los Angeles, CA 90051-8014** | Line **3.357** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.11**   **The Hartford Financial Services Group** <br> **P.O. Box 783690** <br> **Philadelphia, PA 19178** | Line **3.388** <br><br> ☐ Not listed. Explain ____ | _ |
| **4.12**   **Wells Fargo Auto Finance** <br> **435 Ford Road** <br> **Minneapolis, MN 55426** | Line **3.430** <br><br> ☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | 72,991.60 |
| **5b. Total claims from Part 2** | 5b.   + $ | 1,929,538.94 |

Debtor    **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**                    Case number (*if known*) _____
_____
Name

**5c. Total of Parts 1 and 2**                                                    5c.    $ _____**2,002,530.54**
   Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name     **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF NEW YORK

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Membership Dues** | |
| State the term remaining — **2 months** | **ALFN c/o Schmersahl Treloar & Co, PC** **Attn: Mark O'Donnell** **10805 Sunset Office Drive - Suite 400** **Saint Louis, MO 63127** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **Latham, NY - Commercial Lease** | |
| State the term remaining | **B/A Properties, LLC** **19 British American Blvd.** **Latham, NY 12110** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — **Commercial Landlord - Pittsburgh** | |
| State the term remaining | **Greater Commonwealth Investors Assoc. LP** **c/o H.L. Libby Corp.** **803 Commonwealth Drive** **Warrendale, PA 15086** |
| List the contract number of any government contract | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — **Server Lease** | |
| State the term remaining | **Hewlett-Packard Financial Services Co** **200 Connell Drive - Suite 5000** **Berkeley Heights, NJ 07922** |
| List the contract number of any government contract | |

| Debtor 1 | **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Opened Servers (leased)** | |
|---|---|---|---|
| | State the term remaining | **53 months** | |
| | List the contract number of any government contract | | **Hewlett-Packard Financial Services Co 200 Connell Drive - Suite 5000 Berkeley Heights, NJ 07922** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Opened Copiers (leased)** | |
|---|---|---|---|
| | State the term remaining | **14 months** | |
| | List the contract number of any government contract | | **National Business Leasing A Program of DeLage Landen Financial Svc 1111 Old Eagle School Road Wayne, PA 19087** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Landlord - Buffalo** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Power Play Partners, LLC P.O. Box 484 Clarence Center, NY 14032** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **HR Services** | |
|---|---|---|---|
| | State the term remaining | **2 months** | |
| | List the contract number of any government contract | | **Puzzle HR 4030 West Boy Scout Blvd - suite 325 Tampa, FL 33607** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Landlord - NJ** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Renob, LLC c/o The Falcon Group 95 Mount Bethel Road Warren, NJ 07059** |

Debtor 1   **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**                                    Case number *(if known)*   _____
               First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Membership Dues** | |
|---|---|---|---|
| | State the term remaining | **7 months** | |
| | List the contract number of any government contract | _____ | **USFN**<br>**9001 Airport Freeway - Suite 740**<br>**North Richland Hills, TX 76180** |

**Fill in this information to identify the case:**

Debtor name      **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Daniel Young** | **35 Nelson Farm Road**<br>**Moretown, VT 05660** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Gary Lefkowitz** | **25 Linden Ct**<br>**Clifton Park, NY 12065** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **Ryan Hertzel** | **25 Amity Pointe Court**<br>**Clifton Park, NY 12065** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4  **William Schiller** | **703 Sachem Circle**<br>**Slingerlands, NY 12159** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,100,000.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$6,386,000.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$5,889,865.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **M&T Bank -Special Assets Department Mr. Kenneth Paulin, Jr. One Fountain Plaza - 9th Floor Buffalo, NY 14203** | 5/16/23 | $18,746.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Bank elected set-off** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Ryan Hertzel, Esq. 25 Amity Point Clifton Park, NY 12065 Former Partner** | **Bi-weekly salary** | $0.00 | **Salary (See SOFA item 30)** |
| 4.2.  **Gary Lefkowitz, Esq. 25 Linden Ct, Clifton Park, NY 12065 Partner** | **Bi-weekly Salary** | $0.00 | **Salary (See SOFA item 30)** |
| 4.3.  **Daniel Young, Esq. 38 Nelson Farm Road Moretown, VT 05660 Partner** | **Bi-weekly Salary** | $0.00 | **Salary (See SOFA item 30)** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **M&T Bank -Special Assets Department Mr. Kenneth Paulin, Jr. One Fountain Plaza - 9th Floor Buffalo, NY 14203** | **Bank account sweep.**<br>Last 4 digits of account number: _____ | 5/16/23 | $18,746.78 |

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

Debtor    **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**                                    Case number *(if known)* _____

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Advantage Legal v. SKLH**<br>**900876-23** | **Accounts Stated** | **Albany Co. Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Advantage v. SKLH**<br>**900873-23** | **Accounts Stated** | **Albany Co. Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**                    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Boyle Legal LLC**<br>**64 2nd Street**<br>**Troy, NY 12180** | | **5/11/23** | **$20,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **950 New Loudon Road**<br>**Latham, NY 12110** | **12/1998-11/2020** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**                                    Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Personal Identifying Information (names, addresses, numbers, EINs, SSNs, etc.)**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Capital District Records Management Inc**<br>**PO Box  4044**<br>**Clifton Park, NY 12065** | **G. Lefkowitz**<br>**D. Young** | **Files** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Debtor    Schiller, Knapp, Lefkowitz, & Hertzel, LLP                      Case number *(if known)* _____

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **BST & Co., CPA's, LLP**<br>**10 British American Blvd**<br>**Latham, NY 12110** | |
| 26a.2.  **Tronconi Segarra & Associates LLP**<br>**8321 Main Street,**<br>**Buffalo, NY 14221** | |

| Debtor | Schiller, Knapp, Lefkowitz, & Hertzel, LLP | Case number *(if known)* | |
|--------|---------|---------|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|----------------------------------------------------------------|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|------------------|---|
| 26d.1. | **M&T Bank**<br>**One Fountain Plaza - 9th Floor**<br>**Buffalo, NY 14203** |
| 26d.2. | **PennyMac Loan Sevices, LLC**<br>**6101 Condor Drive**<br>**Moorpark, CA 93021** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Gary Lefkowitz** | **25 Linden Ct**<br>**Clifton Park, NY 12065** | | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Daniel Young** | **38 Nelson Farm Road**<br>**Moretown, VT 05660** | | **50%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **William Schiller, Esq.** | **703 Sachem Cir**<br>**Slingerlands, NY 12159** | | |

Debtor    **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Ryan Hertzel, Esq.** | **25 Amity Point Clifton Park, NY 12065** | | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Gary Lefkowitz, Esq. 25 Linden Ct, Clifton Park, NY 12065** | **$78,183.49** | **Biweekly Salary ($3,707.54)** | **Salary** |
| | **Relationship to debtor Partner** | | | |
| 30.2. | **Daniel Young, Esq. 38 Nelson Farm Road Moretown, VT 05660** | **$90,020.00** | **Biweekly Salary ($4,091.00)** | **Salary** |
| | **Relationship to debtor Partner** | | | |
| 30.3. | **Ryan Hertzel, Esq. 25 Amity Point Clifton Park, NY 12065** | **$92,581.56** | **Biweekly Salary ($4018.09)** | **Salary** |
| | **Relationship to debtor Former Partner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Great West L&A** | **EIN:** |

Debtor    **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**　　　　　　　　Case number *(if known)* _____

---

**Part 14:**    **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 30, 2023**　　　　　　　　

**/s/ Gary Lefkowitz**　　　　　　　　　　　**Gary Lefkowitz**
Signature of individual signing on behalf of the debtor　　Printed name

Position or relationship to debtor    **Partner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of New York

In re **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** _____ Case No. _____

Debtor(s)                     Chapter     **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................... $ _____ **20,000.00**

   Prior to the filing of this statement I have received .............. $ _____ **20,000.00**

   Balance Due ................................................................ $ _____ **0.00**

2.   The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Firm to charge Debtor on an hourly fee basis pursuant to pre-petition retainer agreement. Firm representation includes:**

      **Negotiations with secured creditors to reduce to market value; preparation and filing of motions and applications as needed. Representation of the debtor in any dischargeability actions, lien avoidances, relief from stay actions or any other adversary proceeding.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 30, 2023** _____          **/s/ Michael Boyle** _____
_Date_                                            **Michael Boyle**
                                                  _Signature of Attorney_
                                                  **Boyle Legal LLC**
                                                  **64 2nd Street**
                                                  **Troy, NY 12180**
                                                  **518-687-1648  Fax: 518-**
                                                  **mike@boylebankruptcy.com**
                                                  _Name of law firm_

# United States Bankruptcy Court
## Northern District of New York

In re   **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** _____   Case No. _____

Debtor(s)                    Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Daniel Young<br>38 Nelson Farm Road<br>Moretown, VT 05660** | | | |
| **Gary Lefkowitz<br>25 Linden Ct<br>Clifton Park, NY 12065** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Partner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 30, 2023** _____          Signature   **/s/ Gary Lefkowitz** _____

**Gary Lefkowitz**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In re **Schiller, Knapp, Lefkowitz, & Hertzel, LLP** ,

**FDBA Schiller & Knapp, LLP**

Debtor Case No.

Chapter    **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**14-1809981**

## CERTIFICATION OF MAILING MATRIX

I,(we),  **Michael Boyle**  , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:  **May 30, 2023**

**/s/ Michael Boyle**

**Michael Boyle**

Attorney for Debtor/Petitioner
(Debtor(s)/Petitioner(s))

F:LR1007 (10/19/99)

1 Oak Advisory
Acct No n/a
2901 West Coast Hwy
Newport Beach, CA 92663


21st Mortgage Corporation
Acct No n/a
1 Market Street, Suite 100
Knoxville, TN 37902


360 Legal, Inc.
Acct No n/a
201 Fletcher Avenue - Suite 100
Sarasota, FL 34237


3N Document Destruction, Inc.
Acct No 278
P.O. Box 4044
Clifton Park, NY 12065


4908 Associates, LLC
Acct No n/a
120 North Main Street
New City, NY 10956


A. Christine Sano
5 Hidley Ave.
Wynantskill, NY 12198


A.W. Hamel Stair Mfg., Inc.
Acct No n/a
3111 Amsterdam Road
Schenectady, NY 12302


a360 Technology Solutions LLC
Acct No SCHILLER&K
P.O. Box 679278
Dallas, TX 75267


AbacusNext HQ
Acct No xxxx9507
P.O. Box 31001-4038
Pasadena, CA 91110-4038

ABC Car Leasing, Inc.
Acct No n/a
950 New Loudon Road
Latham, NY 12110


ABNB Federal Credit Union
Acct No n/a
830 Greenbrier Circle
Chesapeake, VA 23320


Accu-Serve, Ltd
Acct No n/a
88 Froehlich Farm Blvd - Suite 403
Woodbury, NY 11797


Addison County Sheriff
Acct No n/a
35 Court Street
Middlebury, VT 05753


ADP LLC
Acct No xxx2121
P.O. Box 842875
Boston, MA 02284-2875


Advantage Foreclosure Services, Inc.
Acct No n/a
201 Old Country Road - Suite 200
Melville, NY 11747


Advantage Legal Services, Inc
Acct No n/a
201 Old Country Road
Melville, NY 11747


Affinity Consulting Group
Acct No n/a
8200 Bryan Dairy Road - Suite 160
Seminole, FL 33777


AGCO Finance LLC
Acct No n/a
PO BOX 2000
Des Moines, IA 50320

AIS InfoSource LP
Acct No n/a
LP 5847 San Felipe Suite 1200
Houston, TX 77057


AIS Portfolio Services, LP
Acct No n/a
LP 5847 San Felipe, Suite 1200
Houston, TX 77057


Albany Management, Inc.
Acct No n/a
4 Computer Drive West
Albany, NY 12205


Aldridge Pite, LLP
Acct No n/a
3575 Piedmont Center, Suite 500
Atlanta, GA 30305


ALFN c/o Schmersahl Treloar & Co, PC
Acct No 4114
Attn: Mark O'Donnell
10805 Sunset Office Drive - Suite 400
Saint Louis, MO 63127


Ally Bank serviced by Ally Servicing LLC
Acct No n/a
PO Box 130424
Saint Paul, MN 55113


Alstate Process Service, Inc.
Acct No n/a
 60 Burt Drive
Deer Park, NY 11729


AltaTech Asset Management
Acct No n/a
139 Fulton Street, Suite 614
New York, NY 10038


Amanie Akarah-Bailey
42 Troy View Lane
Buffalo, NY 14221

American Airlines Credit Union
Acct No n/a
PO Box 619001, MD2100
DFW Airport
Dallas, TX 75261


American Bank
Acct No n/a
4029 W. Tighman Street
Allentown, PA 18104


American Battlefield Trust
Acct No n/a
1156 15th Street, N.W. Suite 900
Washington, DC 20005


American Credit Acceptance LLC
Acct No n/a
961 E Main St,
Spartanburg, SC 29302


American Honda Finance Corporation
Acct No n/a
3625 West Royal Lane, Suite 200
Irving, TX 75063


American Loan Servicing
Acct No n/a
1192 E Draper Pkwy
Draper, UT 84020


American Mortgage Investment Properties;
Acct No n/a
PO BOX 2741
Seal Beach, CA 90740


AmericanChecked Inc.
Acct No 8722
 Dept 0208
P.O. Box 120208
Dallas, TX 75312-0208


AmeriCredit Financial Services
Acct No n/a
PO Box 18353
Arlington, TX 76096

AMOS Financial LLC
Acct No n/a
3330 Skokie Valley Road - Suite 301
Highland Park, IL 60035


Amy DeAngelus
598 Dell Road
Landing, NJ 07850


Animal Clinic of Hampton Bays
Acct No n/a
238 W. Montauk Hwy
Hampton Bays, NY 11946


Anthony Signorelli
Acct No n/a
PO BOX 320
Schroon Lake, NY 12870


Arvest Central Mortgage Company
Acct No n/a
801 John Barrow Road, Suite 1
Little Rock, AR 72205


Ascendus
Acct No n/a
80 Maiden Lane
New York, NY 10038


Ashley Novak
1325 Blue Factory Hill Road
Cropseyville, NY 12052


Asset Research Group
Acct No UNKN
6011 Knotty Wood Dr
Houston, TX 77092


Auction.com, LLC
Acct No UNKN
1 Mauchly
Irvine, CA 92618

Avidia Bank
Acct No n/a
42 Main Street
Hudson, MA 01749


B/A Properties, LLC
Acct No UNKN
19 British American Blvd.
Latham, NY 12110


Baldwin Sutphen & Frateschi, PLLC
Acct No n/a
126 North Salina Street - Suite 400
Syracuse, NY 13202-1050


Bank of America, NA
Acct No n/a
PO BOX 2759
Jacksonville, FL 32203


Bank of Bennington
Acct No n/a
155 North Street
Bennington, VT 05201


Barbara Worek
6914 Keystone Street
Philadelphia, PA 19135


Barrett, Daffin, Frappier, Levine & Bloc
Acct No n/a
780 Johnson Ferry Road, Suite 240
Atlanta, GA 30342


Bayview Financial
Acct No n/a
4425 Ponce De Leon Blvd, 5th Floor
Miami, FL 33146


Bell Point Shores Homeowners Association
Acct No n/a
 PO BOX 712
Bolton Landing, NY 12814

Beltway Capital Management, LLC
Acct No n/a
Executive Plaza II
Hunt Valley, MD 21031


Bennington County Habitat for Humanity
Acct No n/a
P.O. Box 1159
Manchester, VT 05254


Black Knight Servicing Tech. - BK/FC
Acct No at-sckn
P.O. Box 849277
Los Angeles, CA 90084-9277


Black Knight Servicing Technologies, LLC
Acct No D82
P.O. Box 809007
Chicago, IL 60680-9007


Black Knight Svcing Technologies, LLC In
Acct No SCHILLER
ATTN: Accounting Department
P.O. Box 842651
Los Angeles, CA 90084-2651


Blue Bridge Financial, LLC
Acct No n/a
535 Washington Street
Buffalo, NY 14203


Brandon Johnson
1245 Ridge Avenue - Unit 108
Philadelphia, PA 19123


Breean VanSolkema
5358 Main Street
Waitsfield, VT 05673


Brian Rayment
Acct No n/a
7666 E. 61st Street, Ste. 550
Tulsa, OK 74133

Brittney Wilkinson
11277 Southwest Lyra Drive
Port Saint Lucie, FL 34987


Brown & Connery
Acct No n/a
360 Haddon Ave.
Collingswood, NJ 08108


BSI Financial Services
Acct No n/a
7500 Old Georgetown Road, Suite 1350
Bethesda, MD 20814


BST & Co., CPA's, LLP
Acct No 46027
10 British American Blvd
Latham, NY 12110


Buckley King
Acct No n/a
1400 Fifth Third Center
Cleveland, OH 44114


Buckley Madole, P.C.
Acct No n/a
14841 Dallas Parkway, Suite 300
Dallas, TX 75254


C&C Lending
Acct No n/a
1844 Darrow Road
Duanesburg, NY 12056


Calendar Call LLC
Acct No n/a
108 Roxbury Drive
Commack, NY 11725


Caliber Home Loans
Acct No n/a
3701 Regent Blvd
Irving, TX 75063

Cap Com FCU
Acct No n/a
4 Winners Circle
Albany, NY 12205


Capital Affordable Housing Funding Corp
Acct No n/a
255 Orange Street
Albany, NY 12210


Capital Bank/Chemung Canal Trust Company
Acct No n/a
1 Chemung Canal Plaza
Elmira, NY 14901


Capital District Records Management Inc
Acct No 278
PO Box 4044
Clifton Park, NY 12065


Carnow Acceptance Corporation
Acct No n/a
2017 Central Ave.
Albany, NY 12205


Carolyn Matthei
901 Park Avenue - Apt 5
Albany, NY 12208


Carrington Mortgage Services, LLC
Acct No n/a
1600 South Douglass Road, Suite 200
Anaheim, CA 92806


Carter Federal Credit Union
Acct No n/a
100 West Church Street
Springhill, LA 71075


Casella Waste Mgt, Inc
Acct No xxx1707
Williston, VT 05495-1372

Catherine Bradwell
Acct No n/a
2 Bergen Woods Drive
Cohoes, NY 12047


Catholic & Community Credit Union
Acct No n/a
6100 West Main Street
Belleville, IL 62223


Cenlar
Acct No n/a
425 Phillips Blvd
Trenton, NJ 08618


CFAM Financial Services, LLC
Acct No n/a
PO BOX 601329
Dallas, TX 75360


Chambles Math Carr PC
Acct No n/a
5720 Carmichael Road
Montgomery, AL 36117


Champion Mortgage
Acct No n/a
11 Eves Dr
Marlton, NJ 08053


Chittenden County Sheriff
Acct No  n/a
70 Ethan Allen Drive,
South Burlington, VT 05403


Chrono Solutions, LLC
Acct No n/a
1199 S. Belt Line Road
Coppell, TX 75019


Circle Management Group, LLC
Acct No 1918
P.O. Box 5091
High Point, NC 27262

City of Johnstown
Acct No n/a
33-41 East Main Street
PO BOX 160
Johnstown, NY 12095


CLAIR & GJERTSEN
Acct No n/a
4 New King Street
West Harrison, NY 10604


ClearSpring Loan Services, Inc.
Acct No n/a
5220 Tennyson Parkway Suite 200,
Plano, TX 75024


CM Asset Management LLC
Acct No n/a
PO Box 592
Berthoud, CO 80513


Cohn & Roth
Acct No n/a
100 East Old Country Road
Mineola, NY 11501


Colonial Savings
Acct No n/a
2626 B West Freeway
Fort Worth, TX 76102


Community Loan Servicing, LLC
Acct No n/a
4425 Ponce De Leon Blvd, 5th Floor
Miami, FL 33146


Condor Capital Corp.
Acct No n/a
165 Oser Ave
Hauppauge, NY 11788-8827


Connie Spross
4823 Comly Street
Philadelphia, PA 19135

Cooksey, Toolen, Gage, Duffy & Woog
Acct No n/a
535 Anton Blvd., 10th Floor
Costa Mesa, CA 92626


Costello, Cooney & Fearon, PLLC
Acct No n/a
5701 West Genesee Street
Camillus, NY 13031


Court Solutions LLC
Acct No n/a
641 Lexington Avenue - Suite 1920
New York, NY 10022


CourtDrive
Acct No n/a
4500 Park Granada Blvd - Suite 202
Calabasas, CA 91302


Covius Settlement Services, LLC
Acct No Schiller & Knapp, LLP
720 South Colorado Blvd - Suite 210
P.O. Box 469089
Denver, CO 80246


Covius Settlement Services, LLC
Acct No Schiller & Knapp, LLP
1044 Main Street, Suite 700
Kansas City, MO 64105


Credit Union of Georgia
Acct No n/a
69 South Ave.
Marietta, GA 30060


CTF Asset Management, LLC
Acct No n/a
117 Wrangler Drive
Coppell, TX 75019


Dan Lombardi
Acct No n/a
187 Wolf Road
Albany, NY 12205

Daniel Young
35 Nelson Farm Road
Moretown, VT 05660


Daniel Young, Esq.
38 Nelson Farm Road
Moretown, VT 05660


Dannemora Federal Credit Union
Acct No n/a
344 Tom Miller Road
Plattsburgh, NY 12901


Davidson Fink LLP
Acct No n/a
400 Meridian Centre Blvd suite 200,
Rochester, NY 14618


Dawson & Albritton, P.A.
Acct No n/a
204 E. Arlington Blvd
Greenville, NC 27835


De Lage Landen
Acct No n/a
8001 Birchwood Court
Johnston, IA 50131


Deily & Schaefer, Esqs.
Acct No n/a
One Bridge Street
PO Box 489
Catskill, NY 12414


Delano, Jeffrey & Delano, Pamela A.
Acct No n/a
600 Charlton Rd.
Ballston Spa, NY 12020


Delta Community Credit Union
Acct No n/a
Sibcy Cline Florence Office
 4885 Houston Rd building suite 102
Florence, KY 41042

Den Adelsman Klub, Inc.
Acct No n/a
305 East 4th Street
Jamestown, NY 14702


DGR Subpoena & Messenger Svc, Inc.
Acct No xCH50
1359 Littleton Rd
Morris Plains, NJ 07950-3000


DLM Conesus Lake Associates, LLC.
Acct No n/a
60 Waltham Ave
Lancaster, NY 14086


Dovenmuehle Mortgage, Inc.
Acct No n/a
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047


DTF Asset Management, LLC
Acct No n/a
117 Wrangler Drive
Irving, TX 75016


E-Law, LLC
Acct No x6724
219 South Street, Suite 102
New Providence, NJ 07974


Earle & Freeman PLC
Acct No n/a
107 State Street - 3rd Floor
 P.O. Box 1385
Montpelier, VT 05601-1385


East Coast Funding Group, Inc
Acct No n/a
277 Northern Blvd
Great Neck, NY 11021


EasySoft Legal Software
Acct No n/a
Three 2nd Street - Suite 501
Jersey City, NJ 07302

Edwards Mental Health
Acct No n/a
7 Corporate Drive
Clifton Park, NY 12065


Egress Software Technologies Inc
Acct No UNKN
One Marina Park Drive - Suite 1410
Boston, MA 02210


Eleanor Pers
Acct No n/a
12 Timberland Drive
Albany, NY 12211


Elliot Smeltzer
61 Johnson Rd.
Latham, NY 12110


Emberly-Rayn Boncie
Acct No n/a
1011 Cheyenne Rd
Schenectady, NY 12302


Entec Consultants, Inc.
Acct No n/a
1200 New Loudon Road
Cohoes, NY 12047


Eric Feldman & Associates, P.C.
Acct No n/a
123 W. Madison Street
Chicago, IL 60602


Erin Mesmer
2746 Love Road
Grand Island, NY 14072


Ernstrom & Dreste, LLP
Acct No n/a
925 Clinton Square
Rochester, NY 14604

Evans Petree, PC
Acct No n/a
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120


Evocative
Acct No xx2596
Dept LA 25225
Pasadena, CA 91185-5185


Fannie Mae
Acct No n/a
780 Third Avenue, 9th Floor
New York, NY 10017


Fay Servicing, LLC
Acct No n/a
440 S. LaSalle, Suite 2000
Chicago, IL 60605


FCI Lender Services, Inc.
Acct No n/a
P.O. Box 27370
Anaheim, CA 92809-0112


Federal Express
Acct No 7923
942 South Shady Grove Road
Memphis, TN 38120


Federal Home Loan Bank of New York
Acct No n/a
101 Park Avenue
New York, NY 10178


Fein, Such & Crane, LLP
Acct No n/a
7 Century Drive, Suite, 201
Parsippany, NJ 07054


Fidelity National Title Insurance Compan
Acct No n/a
80 State St Suite 10
Albany, NY 12207

Financial Asset Services, Inc.
Acct No n/a
17752 Mitchell N.Suite A
Irvine, CA 92614


First Integrity Title
Acct No UNKN
18201 Von Karman - Suite 330
Irvine, CA 92612


First Internet Bank
Acct No n/a
11201 USA Parkway
Fishers, IN 46037


First National Bank of Scotia
Acct No n/a
201 Mohawk Avenue
Schenectady, NY 12302


First New York Federal Credit Union
Acct No n/a
2 Wall Street
Albany, NY 12205


First Niagara Bank, N.A.
Acct No n/a
PO BOX 514
Lockport, NY 14095


Firstar Investors, LLC
Acct No n/a
25 Dogleg Lane
Roslyn Heights, NY 11577


Firstar Motel, LLC
Acct No n/a
25 Dogleg Lane
Roslyn Heights, NY 11577


Firstar West Court, LLC
Acct No n/a
25 Dogleg Lane
Roslyn Heights, NY 11577

Flagship Credit Acceptance, LLC
Acct No n/a
PO BOX 965
Chadds Ford, PA 19317


Ford Motor Credit Company LLC
Acct No n/a
PO BOX 6275
Dearborn, MI 48121


Fortune Title Agency, Inc.
Acct No n/a
39 Woodland Road
Roseland, NJ 07068


Foundations Property Management, LLC
Acct No n/a
1528 Wharton Street
Philadelphia, PA 19146


FP Mailing Solutions
Acct No xxxxx6416
140 N. Mitchell Ct - Suite 200
Addison, IL 60101-5629


Franklin Credit Management Corporation
Acct No n/a
101 Hudson Street, 25th Floor
Jersey City, NJ 07302


Freedom Mortgage
Acct No n/a
10500 Kincaid Drive
Fishers, IN 46037


Freedom Truck Finance
Acct No n/a
421 W. Third Street
Fort Worth, TX 76102


Friedman Vartolo LLP
Acct No n/a
85 Broad Street
New York, NY 10004

Frontier Abstract & Researchers, Inc.
Acct No n/a
 69 Cascade Drive - Suite 101
Rochester, NY 14614


Fulton County Treasurer
Acct No n/a
County Office Building
223 West Main Stree
Johnstown, NY 12095


Galanis, Pollack, Jacobs & Johnson, S.C.
Acct No n/a
839 N. Jefferson Street, Suite 200
Milwaukee, WI 53202


Garden State Legal Services Corp.
Acct No n/a
600 Lawrence Road
Lawrence Township, NJ 08648


Gary DiMauro Real Estate, Inc
Acct No n/a
58 Broadway
Tivoli, NY 12583


Gary Lefkowitz
25 Linden Ct
Clifton Park, NY 12065


Gary Lefkowitz, Esq.
25 Linden Ct,
Clifton Park, NY 12065


Generation Mortgage Company
Acct No n/a
3565 piedmont Road
Atlanta, GA 30305


Getnick, Livingston, Atkinson & Priore,
Acct No n/a
258 Genesee Street
Utica, NY 13502

Gillespie Fuels & Propane, Inc
Acct No UNKN
5197 Main Street
Waitsfield, VT 05673


GITSIT Solutions, LLC
Acct No n/a
333 South Anita Drive, Suite 400
Orange, CA 92868


Gleichenhaus, Marchese & Weishaar PC
Acct No n/a
930 Convention Tower 43 Court St
Buffalo, NY 14202-3100


Glens Falls National Bank and Trust Comp
Acct No n/a
250 Glen Street
Glens Falls, NY 12801


GoAmerica, LLC
Acct No n/a
3115 S. Melrose Drive
Carlsbad, CA 92010


Goldberger and Kremer
Acct No n/a
39 North Pearl Street, Suite 201
Albany, NY 12207


Great Lakes Credit Union
Acct No n/a
PO BOX 1289
Deerfield, IL 60015


Greater Commonwealth Investors Assoc. LP
Acct No n/a
c/o H.L. Libby Corp.
803 Commonwealth Drive
Warrendale, PA 15086


Greater Commonwealth Investors Assoc. LP
Acct No n/a
c/o H.L. Libby Corp.
P.O. Box 62336-16
Baltimore, MD 21264

Green Lake Homestead Inc
Acct No n/a
100 Harbor View Dr
Port Washington, NY 11050


Green Mountain Power
Acct No 33493
163 Acorn Lane
Colchester, VT 05446


Green Planet Servicing, LLC
Acct No n/a
321 Research Pkwy
Meriden, CT 06450


Green River Capital LLC
Acct No n/a
1670 Old Country Rd Ste 220
Plainview, NY 11803


Greene County Treasurer
Acct No n/a
411 Main Street
Catskill, NY 12414


Greenspoon Marder LLP
Acct No n/a
Trade Centre South, Suite 700
100 West Cypress Road
Fort Lauderdale, FL 33309


Greg Mascitti, Esq.
Acct No 0026
McCarter & English, LLP
825 Eighth Ave, 31st Floor
New York, NY 10019


Gregory Funding, LLC
Acct No n/a
PO Box 230579
Portland, OR 97281


Greystone Servicing Company LLC
Acct No n/a
419 Belle Air Lane
Warrenton, VA 20186

Guaranty Bank
Acct No n/a
400 West Brown Deer Road
Milwaukee, WI 53209


Guardian
Acct No n/a
PO Box 677458
Dallas, TX 75267-7458


Habitat for Humanity of Dutchess County,
Acct No n/a
8 Neptune Road
Poughkeepsie, NY 12601


Hagwood and Tipton PC
Acct No n/a
ATTN: Amy Leslie
PO Box 726
Paris, TN 38242


Hahn Loeser & Parks, LLP
Acct No n/a
200 Public Square # 2800
Cleveland, OH 44114


Handel & Carlini, LLP
Acct No n/a
62 E Main Street
Wappingers Falls, NY 12590


Harris Beach, PLLC
Acct No n/a
99 Gamsey Road
Pittsford, NY 14534


Headlands Asset Management
Acct No n/a
765 Baywood Drive, Suite 340
Petaluma, CA 94954


Hershiser Capital Finance
Acct No n/a
30699 Russell Ranch Road
Thousand Oaks, CA 91362

Hewlett-Packard Financial Services Co
Acct No 5467567909
200 Connell Drive - Suite 5000
Berkeley Heights, NJ 07922


Highmark BSNENY
Acct No UNKN
40 Century Hill Drive
Latham, NY 12110


Hill Wallack, LLP
Acct No n/a
240 Cedar Knolls Road
Cedar Knolls, NJ 07927


Hudson Heritage Federal Credit Union
Acct No n/a
25 Rykowski Lane
Middletown, NY 10941


Hudson Valley Credit Union
Acct No n/a
137 Boardman Road
Poughkeepsie, NY 12603


Hyundai Capital America dba Kia Motor Fi
Acct No n/a
10550 Talbert Avenue
Fountain Valley, CA 92728-0809


i-Evolve
Acct No UNKN
501 John James Audubon Parkway - Suite 2
Buffalo, NY 14228


Ianniello Anderson, PC
Acct No n/a
8 Airline Drive
Albany, NY 12205


IMail Tracking, LLC
Acct No n/a
9620 Ridgehaven Court - Suite A
San Diego, CA 92123

Innovate Loan Servicing
Acct No n/a
4704 Mercantile Drive
Fort Worth, TX 76137


Internal Revenue Service
Acct No n/a
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Internet Marketing Ninjas
Acct No n/a
3 Orchard Drive
Queensbury, NY 12804


IPFS
Acct No n/a
3522 Thomasville Road - Suite 400,
Tallahassee, FL 32309


IPFS
Acct No n/a
170 Northpointe Parkway - Suite 300
Buffalo, NY 14228


J. Ward Holliday & Associates, P.C.
Acct No n/a
5930 Royal Lane, Suite 279
Dallas, TX 75230


JAYA Properties LLC
Acct No n/a
151 Wentworth Avenue
Albertson, NY 11507


JDRMDBPP,SM,SKP & JD IRA LLC
Acct No n/a
408 Main Street
Boonton, NJ 07005


Jefferson Capital Systems, LLC
Acct No n/a
16 McLeland Rd.
Saint Cloud, MN 56303

Jennifer Spretty
15 Bluebird Ct.
Waterford, NY 12188


Jennifer Yetman
4028A Door Stone Drive
Latham, NY 12110


Jerome Spitzer
Acct No n/a
Jerome Spitzer
New York, NY 10016


Joann Cummings
Acct No n/a
5 Sweeney Rd
Mechanicville, NY 12118


John A. Hamelin
Acct No n/a
160 East Avenue
Saratoga Springs, NY 12866


John H. Fisher, P.C.
Acct No n/a
278 Wall Street
Kingston, NY 12401


John Joseph Gable, Esq.
Acct No n/a
17 British American Blvd.
Latham, NY 12110


Jonathan Warner, Esq.
Acct No SLH
Warner & Warner, PLLC
6 Automation Lane, Suite 109
Albany, NY 12205


JP&R Advertising Agency, Inc.
Acct No UNKN
305 Broadway, Suite 200
New York, NY 10007

Kassandra Pangallo
123 1st Ave
Mechanicville, NY 12118


Katherine Sticer
15825 State Route 22
Stephentown, NY 12168


Kathryn Legg
89 South Allen Street
Albany, NY 12208


Kathy McCullough Day
21 David Avenue
Troy, NY 12180


Katie Graff
209 Bates Rd.
Medina, NY 14103


KekyBank NA
Acct No n/a
4224 Ridge Lea Road
Buffalo, NY 14226


Kelly Borello
8100 W. Highway 98 - Apt 410
Pensacola, FL 32506


KeyBank National Association
Acct No n/a
127 Public Square
Cleveland, OH 44114


Keystone Asset Management, Inc.
Acct No n/a
890 Forty Foot Road
Lansdale, PA 19446


Kirkland Financial LLC
Acct No n/a
3000 Business Park Circle, Suite 500
Goodlettsville, TN 37072

Knuckles & Komosinski, PC
Acct No n/a
220 White Plains Road, 6th Floor
Tarrytown, NY 10591


Kozeny, McCubbin & Katz, LLP
Acct No n/a
395 North Service Road, Suite 401
Melville, NY 11747


Kubota Credit Corporation
Acct No n/a
6300 at One Kubota Way
Groveport, OH 43125


Lakeview Loan Servicing
Acct No n/a
4425 Ponce de Leon MS 5-251
Miami, FL 33146


Land Home Financial Services, Inc
Acct No n/a
228 Park Avenue South # 67157
New York, NY 10003


Laura Guzior
22 Hoffman Drive
Latham, NY 12110


Lauren Farrelly
5 Lindberg Drive
Latham, NY 12110


Law Offices of Gary Holt
Acct No n/a
2356 Moore St.
San Diego, CA 92110


Law Offices of Jeffrey W. Shub
Acct No n/a
27 Congress Street
Salem, MA 01970

Lease and Rental Management Corp.
Acct No n/a
45 Haverhill Street
ATTN: Mary Hawkins
Andover, MA 01810


Lease Plan U.S.A., Inc.
Acct No n/a
1165 Sanctuary Parkway
Alpharetta, GA 30009


Lee & Mason Financial Services, Inc.
Acct No n/a
719 State Route 30
Northville, NY 12134


Lefkoff, Rubin & Gleason
Acct No n/a
5555 Glenridge Connector NE, Suite 900
Atlanta, GA 30342-4762


Lefkoff, Rubin, Gleason, Russo & William
Acct No n/a
5555 Glenridge Connector NE, Suite 900
Atlanta, GA 30342


Lehrman, Lehrman & Guterman LLP
Acct No n/a
199 Main Street
White Plains, NY 10601


Leigh Hoffman, Esq.
Acct No n/a
Lippes Mathias LLP
54 State Street, Suite 1001
Albany, NY 12207


Lemery Greisler LLC
Acct No n/a
677 Broadway, 8th Floor
Albany, NY 12207


LenderLive Settlement Services LLC
Acct No n/a
1044 Main Street, Suite 700
Kansas City, MO 64105

Leonard DePasquale
1150 Millington Road
Schenectady, NY 12309

Leopold & Associates, PLLC
Acct No n/a
80 Business Park Drive, Suite 110
Armonk, NY 10504

Levin & Glasser, P.C.
Acct No n/a
420 Lexington Avenue
New York, NY 10170

Levine & Block
Acct No n/a
PO Box 422148
Atlanta, GA 30342

Licoln Archives Inc.
Acct No 900
155 Great Arrow Ave
Buffalo, NY 14207

Linda Overby
79 Bridgewood Lane
Watervliet, NY 12189

Lipsey, Morrison, Waller & Lipsey, PC
Acct No n/a
1430 Island Home Avenue
Knoxville, TN 37920

Lisa Gadomski
58 Whitney Road South
Saratoga Springs, NY 12866

Little Motors
Acct No n/a
363 Central Avenue
Albany, NY 12206

Live Oak Bank
Acct No n/a
1741 Tiburon Drive
Wilmington, NC 28403

Loan Portfolio Servicing
Acct No n/a
6750 Locke Ave.
Fort Worth, TX 76116


LoanCare- A ServiceLink Company
Acct No n/a
3637 Sentara Wat
Virginia Beach, VA 23452


Local 888, UFCW
Acct No n/a
Attn: Michael C. Anderson, Esq.
Elmsford, NY 10523-1955


M&T Bank -Special Assets Department
Acct No 0042
Mr. Kenneth Paulin, Jr.
One Fountain Plaza - 9th Floor
Buffalo, NY 14203


M. J. Peterson - 200 Audubon, LLC
Acct No n/a
200 John James Audubon Parkway
Suite 300
Buffalo, NY 14228


Macey, Wilensky, Kessler & Hennings, LLC
Acct No n/a
303 Peachtree Street NE, Suite 4420
Atlanta, GA 30308


Mackie Wolf Zientz & Mann, P.C.
Acct No n/a
124 W. Capitol Ave.
Little Rock, AR 72201


Marcia & Jules Patricof
Acct No n/a
PO BOX 427
Woodmere, NY 11598


Marilyn Krupnick
Acct No n/a
4 Dyers Court
East Setauket, NY 11733

Mariners Companies
Acct No n/a
1303 Avocado Ave Suite 200
Newport Beach, CA 92660


Martin, Oliveira & Hamel
Acct No n/a
75 South Church St., Suite 550
Pittsfield, MA 01201


Marvin and Marvin, PLLC
Acct No n/a
PO BOX 151, 44 West Market Street
Rhinebeck, NY 12572


McCabe, Weisberg & Conway PC
Acct No n/a
 123 South Broad Street Suite 1400
Philadelphia, PA 19109


McCalla Raymer Leibert Pierce, LLC
Acct No n/a
1544 Old Alabama Road
Roswell, GA 30076


McCarthy Holthus, LLP
Acct No n/a
108 First Avenue South - Suite 300
Seattle, WA 98104


McManimon, Scotland & Baumann, LLC
Acct No n/a
75 Livingston Avenue
Roseland, NJ 07068


McMichael Taylor Gray, LLC.
Acct No n/a
3550 Engineering Dr - Suite 260
Norcross, GA 30092


Mercedes-Benz Financial Services USA LLC
Acct No n/a
14372 Heritage Pkwy
Fort Worth, TX 76177

MetLife
Acct No n/a
P.O. Box 783895
Philadelphia, PA 19178-3895


Michael A. Alfieri, Esq.
Acct No n/a
30 Freneau Ave # 2A
Matawan, NJ 07747


Michael Andrews and Associates LLC
Acct No n/a
POB 3875
Southfield, MI 48037-3875


Michael Benson
Acct No n/a
2525 County Route 5
New Lebanon, NY 12125


Michael F. Smith
Acct No n/a
12 Timberland Drive
Albany, NY 12211


Michael J. Biscone
Acct No n/a
151 Main St
Ravena, NY 12143


Mid Florida Financing LLC
Acct No n/a
1200 West Memorial Blvd
Lakeland, FL 33815


Mid-Hudson Valley Federal Credit Union
Acct No n/a
PO BOX 1429
1099 Morton Blvd
Kingston, NY 12401


MidCountry Bank
Acct No n/a
7825 Washington Avenue South, Ste 120
Minneapolis, MN 55439

Middlesex County Sheriff
Acct No n/a
701 Livingston Avenue,
New Brunswick, NJ 08901


Midland Mortgage
Acct No n/a
999 NW Grand Blvd
Oklahoma City, OK 73118


Millsap & Singer, LLC
Acct No n/a
612 Spirit Drive
Chesterfield, MO 63005


Monaghan Safar Ducham PLCC
Acct No n/a
156 Battery Street
Burlington, VT 05401


Monmouth County Sheriff
Acct No n/a
2500 Kozloski Road,
Freehold, NJ 07728


Mortgage America
Acct No n/a
1425 Grape Street
Whitehall, PA 18052


Mortgage of America
Acct No n/a
1425 Grape Street
Whitehall, PA 18052


Naiman Law Group, PC
Acct No n/a
4660 La Jolla Drive, Suite 650
San Diego, CA 92122


Nancy Green Montiel
81 English Road
Round Lake, NY 12151

National Bank of Coxsackie
Acct No n/a
3-7 Reed Street
PO Box 400
Coxsackie, NY 12051


National Business Leasing
Acct No xxx3920
PO Box 41602
Philadelphia, PA 19101-1602


National Business Leasing
A Program of DeLage Landen Financial Svc
1111 Old Eagle School Road
Wayne, PA 19087


National Business Technologies
Acct No x-SA03
15 Corporate Circle
Albany, NY 12203


National Grid
Acct No n/a
300 Erie Blvd West,
Syracuse, NY 13202-0960


National Response Corp.
Acct No n/a
19 National Dr.
Franklin, MA 02038


Nationstar Mortgage, LLC d/b/a Mr. Coope
Acct No n/a
350 Highland Drive
Lewisville, TX 75067


Nationwide Court Services Inc.
Acct No SCHKNA
 761 Koehler Ave. - Suite A
Ronkonkoma, NY 11779


Nelson Law Group, PLLC
Acct No SCHKNA
 761 Koehler Ave. - Suite A
Ronkonkoma, NY 11779

Nesson, Barry, Esq.
Acct No n/a
700 White Plains Road
Scarsdale, NY 10583


NetDirector, LLC
Acct No SAK01
3450 Buschwood Park Drive - Suite 110
Tampa, FL 33618


New England Newspapers
Acct No n/a
P.O. Box 1171
Pittsfield, MA 01202


New York State Dept. of Tax and Finance
Acct No n/a
Bankruptcy Section
PO BOX 5300
Albany, NY 12205-0300


Nicholas Financial, Inc.
Acct No n/a
2454 McMullen Booth Rd., Bldg C
Clearwater, FL 33759


NLR, Inc.
Acct No n/a
4 Revay Road
East Windsor, CT 06088


Normandy Corporation
Acct No n/a
46 Prince Street
Rochester, NY 14607


North Atlantic Capital Fund I, LLC.
Acct No n/a
50 Portland Pier
Portland, ME 04101


Note Resolutions, LLC
Acct No n/a
1135 Clifton Ave, Suite 204
Clifton, NJ 07013

Notecraft Capital, LLC
Acct No n/a
1619 51st Street
Seattle, WA 98103


Numerica Credit Union
Acct No n/a
P.O. Box 4000
Veradale, WA 99037


Ocean County Sheriff
Acct No n/a
120 Hooper Avenue
Toms River, NJ 08753


OceanFirst Bank
Acct No n/a
907 Route 8 South
Cape May Court House, NJ 08210


Ocwen Loan Servicing, LLC
Acct No n/a
4828 Loop Central Drive
Houston, TX 77081


Old Heritage Realty Services, LLC
Acct No n/a
 4 Winners Circle
Albany, NY 12205


Old Republic National Title Insurance Co
Acct No n/a
1200 Liberty Ridge Drive
Wayne, PA 19087


OneMain Financial Group, LLC
Acct No n/a
601 NW Second Street
Evansville, IN 47708


Optiimum
Acct No UNKN
1111 Stewart Ave,
Bethpage, NY 11714-3581

Overit Multimedia, Inc.
Acct No n/a
435 New Scotland Avenue
Albany, NY 12208


PAC Abstract & Title Services LLC
Acct No n/a
 36 British American Blvd - Suite 102
Latham, NY 12110


PACCAR Financial Corp
Acct No n/a
777 106th Ave NE
Bellevue, WA 98004


PACER Service Center
Acct No 2635540
P.O. Box 780549
San Antonio, TX 78278


Padfield & Stout, LLP
Acct No n/a
421 W. Third Street
Fort Worth, TX 76102


Padgett Law Group
Acct No n/a
5501 LBJ Freeway, Suite 925
Dallas, TX 75240


Pamela Agard
30 Park Place
Saratoga Springs, NY 12866


Patricia Ouellette
6 Merrall Drive
Clifton Park, NY 12065


Paul B. Knapp, Esq
Acct No n/a
422 Pinkster Ln
Slingerlands, NY 12159

Paula Barbaruolo, Esq.
Acct No n/a
12 Cornell Road
Latham, NY 12110


PC Law Time Matters LLC
Acct No 99641099
2235 Gateway Access Point - Suite 300
Raleigh, NC 27607


PDA Corporate Stores Division I, LLC
Acct No n/a
75-1160563
Dept #161, P.O. Box 1000
Memphis, TN 38148-0161


Peet Law Group
Acct No Schiller Knapp
 55 Patchen Road South
South Burlington, VT 05403


Pellegrino Law PLLC
Acct No n/a
1617 John F. Kennedy Blvd Suite 1888
Philadelphia, PA 19103


PennyMac Loan Sevices, LLC
Acct No n/a
6101 Condor Drive
Moorpark, CA 93021


Peritus Portfolio Services LLC
Acct No n/a
PO BOX 93991
Southlake, TX 76092


Perl Land Development Corp
Acct No n/a
2024 W HENRIETTA RD
Rochester, NY 14623


PHH Mortgage
Acct No n/a
1 Mortgage Way
Mount Laurel, NJ 08054

Planet Home Lending, LLC.
Acct No n/a
321 Research Parkway
Meriden, CT 06450


PNJ Technology Partners, Inc
Acct No n/a
426 New Karner Road
Albany, NY 12205


Polow & Polow PLLC
Acct No n/a
125 Main Street
Hyde Park, VT 05655


Portfolio Recovery Associates, Inc.
Acct No n/a
120 Corporate Boulevard
Norfolk, VA 23502


Power Play Partners, LLC
Acct No n/a
P.O. Box 484
Clarence Center, NY 14032


Poyner Spruill
Acct No n/a
301 S. College Street #2900
Charlotte, NC 28202


Prenovost, Normandin, Dawe & Rocha
Acct No n/a
2122 North Broadway, Suite 200
Santa Ana, CA 92706


Prestige Financial Services, Inc.
Acct No n/a
PO BOX 26707
Salt Lake City, UT 84126


Primary Residential Mortgage, Inc.
Acct No n/a
1480 N 2200 W
Salt Lake City, UT 84116

Primo Water/Crystal Rock
Acct No xxxxxxxxxxx8472
200 Eagles Landing Blvd,
Lakeland, FL 33810


Prober & Raphael, A Law Corporation
Acct No n/a
20750 Ventura Blvd, Suite 100
Woodland Hills, CA 91364


Professional Appearances, Inc.
Acct No UNKN
407 Essex St
Millburn, NJ 07041


Progressive Credit Union
Acct No n/a
131 West 33rd Street
New York, NY 10001


ProVest LLC
Acct No 3257, 3403, 4463
7702 Woodland Center Blvd - Suite 100
Tampa, FL 33614


Prozzo Auctions
Acct No n/a
RMP Enterprises, Inc,
207 North Main Street
Rutland, VT 05701


Publication Elite Company, Inc
Acct No n/a
88 Froehlich Farm Blvd - Suite 403
Woodbury, NY 11797


Pulvers,Pulvers,Thompson & Friedman, LLP
Acct No n/a
950 Third Ave, 11th Floor
New York, NY 10022


Puzzle HR
Acct No 1636
4030 West Boy Scout Blvd - suite 325
Tampa, FL 33607

Quandis, Inc
Acct No n/a
30021 Tomas Ste 200,
Rancho Santa Margarita, CA 92688


RAC title Search, Inc
Acct No n/a
Metro Office Park 7 - Street 1 - Suite 2
Guaynabo, PR 00968


Radharani Properties LLC
Acct No n/a
151 Wentworth Avenue
Albertson, NY 11507


Real Time Resolutions, Inc.
Acct No n/a
1349 Empire Central Drive
Dallas, TX 75247-4029


Reed & Reed Attorneys at Law
Acct No n/a
101 E Lumsden Road
Brandon, FL 33511


Regional Acceptance Corporation
Acct No n/a
500 Willowbrook Office Park #575
Fairport, NY 14450


Relin, Goldstein, & Crane LLP
Acct No n/a
28 East Main Street, Suite 1800
Rochester, NY 14614


Renob, LLC c/o The Falcon Group
Acct No n/a
 95 Mount Bethel Road
Warren, NJ 07059


Resnet
Acct No xx-x0678
27442 Portola Parkway,
Foothill Ranch, CA 92610

Resurgent Capital Services
Acct No n/a
PO BOX 10587
15 South Main Street, Suite 401
Greenville, SC 29601


Reverse Mortgage Solutions, Inc.
Acct No n/a
14405 Walters Road
Houston, TX 77014-1345


Rhinebeck Bank
Acct No n/a
2 Jefferson Plaza
Poughkeepsie, NY 12601


Richard C. Wayne & Associates, P.C.
Acct No n/a
24 Lenox Pointe
Atlanta, GA 30324


Richard Gerbino
50 Mulberry Lane
Colts Neck, NJ 07722


Riehlman Shafer & Shaw, LLC
Acct No n/a
7693 Route 281
Tully, NY 13159


RIS Insulation Supply
Acct No n/a
1177 Commerce Blvd.
Midway, FL 32343


Rivermark Community Credit Union
Acct No n/a
PO Box 4040
Beaverton, OR 97006


Robertson, Anschutz & Schneid, PL (RAS)
Acct No n/a
6409 Congress Ave, Suite 100
Boca Raton, FL 33487

Robinowitz Cohlan Dubow & Doherty LLP
Acct No n/a
199 Main Street
White Plains, NY 10601-3171


Rockland Employees Federal Credit Union
Acct No n/a
170 East Cental Avenue, Rte 59 West
Spring Valley, NY 10977


Rondout Savings Bank
Acct No n/a
ATTN: Sara Morrissey
Kingston, NY 12401


RoundPoint Mortgage Servicing Corporatio
Acct No n/a
5016 Parkway Plaza Blvd
Charlotte, NC 28217


Rushmore Loan Management Services LLC
Acct No n/a
15480 Laguna Canyon Road
Irvine, CA 92618


Rutland County Sheriff
Acct No n/a
88 Grove Street
Rutland, VT 05701


Ryan Hertzel
25 Amity Pointe Court
Clifton Park, NY 12065


Ryan Hertzel, Esq.
Acct No n/a
25 Amity Point
Clifton Park, NY 12065


Ryant T. Donovan, Esq.
Acct No n/a
Conway, Donovan, & Manley, PLLC
50 State Street, 2nd Fl.
Albany, NY 12207

Sagent M&C, LLC
Acct No xxx0497
100 Continental Dr - Suite 500,
King of Prussia, PA 19406


Samantha Batcher
2020 Westside Ave
Schenectady, NY 12306


Samuel Kramer, Attorney at Law
Acct No n/a
10 Pantigo Road
East Hampton, NY 11937


Sapirstein and Sapirstein
Acct No n/a
1350 Main Street, 12th Floor
Springfield, MA 01103


Sarah Delane
Acct No n/a
8 Spruce Street
Clifton Park, NY 12065


Saratoga National Bank and Trust Company
Acct No n/a
171 South Broadway
Saratoga Springs, NY 12866


Schaap Moving Systems, Inc
Acct No Schiller, Knapp LLP
6 Brown Road
Albany, NY 12205


Schoharie County Treasurer
Acct No n/a
PO Box 9
Schoharie, NY 12157


School Systems Federal Credit Union
Acct No n/a
325 Washington Avenue Extension
Albany, NY 12205

Secured Equity Financial
Acct No n/a
1192 E. Draper Pkwy
Farmington, NM 87402


SEFCU
Acct No n/a
700 Patroon Creek Road
Albany, NY 12206


Seidman & Pincus, LLC
Acct No n/a
777 Terrace Avenue, Suite 508
Hasbrouck Heights, NJ 07604


Select Portfolio Servicing, Inc.
Acct No n/a
3217 S Decker Lake Drive
Salt Lake City, UT 84119


Selene Finance
Acct No n/a
8201 Cypress Plaza Drive
Jacksonville, FL 32256


Self Reliance Federal Credit Union
Acct No n/a
108 Second Avenue
New York, NY 10003


Seneca Mortgage Servicing, LLC
Acct No n/a
611 Jamison Road
Elma, NY 14059


ServiceLink, LLC
Acct No 4785
3220 El Camino Real
Irvine, CA 92602


ServiceLink, LLC
Acct No 4785
P.O. Box 5111327
Los Angeles, CA 90051-8014

Seterus Inc.
Acct No n/a
3039 Cornwallis Road, Building 203 #AA14
Durham, NC 27709


Severson & Werson
Acct No n/a
One Embarcadero Center
San Francisco, CA 94111


Shannon DeFilippo-Cleland
339 Saratoga Rd.
Schenectady, NY 12302


Shapiro, Dicaro & Barak, LLC
Acct No n/a
175 Mile Crossing Boulevard
Rochester, NY 14624


Shapiro, Pendergast & Hasty
Acct No n/a
211 Perimeter Center Parkway, NE
Atlanta, GA 30346


Shelby Mantica
142 Western Ave
Cohoes, NY 12047


Shellpoint Mortgage Servicing
Acct No n/a
55 Beattie Place, Suite 100
Greenville, SC 29601


Sheree Stewart
1506 Huntridge Drive
Clifton Park, NY 12065


Skopos Financial, LLC
Acct No n/a
500 E John Carpenter FWY
Irving, TX 75062

```
Small Business Administration
Acct No UNKN
Office of General Counsel
409 Third St., SW
Washington, DC 20416


SN Servicing Corporation
Acct No n/a
323 Fifth Street
Eureka, CA 95501


Specialized Loan Servicing, LLC
Acct No n/a
6200 S. Quebec Street
Englewood, CO 80111


Spectrum Business
Acct No 3203
400 Washington Blvd
Stamford, CT 06902


Springleaf Finance, Inc.
Acct No n/a
601 N.W. Second Street
Evansville, IN 47708


Sprout Mortgage
Acct No n/a
4600 Fuller Drive, Suite 350
Irving, TX 75038


Statebridge Company, LLC
Acct No n/a
6061 S Willow Drive, Suite 300
Englewood, CO 80111


Stewart Title Guaranty Company
Acct No n/a
200 Fifth Avenue, Suite 301
Waltham, MA 02451


Stewart, Zlimen & Jungers, LTD
Acct No n/a
2860 Patton Road
Saint Paul, MN 55113
```

STK Janitorial Services, Inc
Acct No n/a
126 Stone Quarry Road
Clifton Park, NY 12065

Stolat Financial LLC
Acct No n/a
744 E. Superior Street
Duluth, MN 55802

STOX Posting & Publishing LLC
Acct No n/a
2701 Transit Road - Suite 139
Elma, NY 14059

STOX Pro Serve
Acct No n/a
2701 Transit Road - Suite 140
Elma, NY 14059

Suffolk County Sheriff
Acct No n/a
200 Suffolk Avenue
Yaphank, NY 11980

Suncoast Schools Federal Credit Union
Acct No n/a
Mail Code: COL 002
Tampa, FL 33680

Sunmark Credit Union
Acct No n/a
1187 Troy Schenectady Road
Latham, NY 12110

Suntrust Mortgage, Inc.
Acct No n/a
6225 N Croatan Hwy, Suite D
Kitty Hawk, NC 27949

TD Auto Finance LLC
Acct No n/a
4600 Touchion Road,
Building 100, Suite 400
Jacksonville, FL 32245

TD Bank, N.A.
Acct No n/a
PO Box 551080
Jacksonville, FL 32255


Teal Becker & Chiaramonte
Acct No n/a
7 Washington Square
Albany, NY 12205


Teligent IP
Acct No 1781
8156 S Wadsworth Blvd - Suite E354
Littleton, CO 80128-9114


Ten Eyck Group
Acct No n/a
1924 Western Avenue
Albany, NY 12203


The Adirondack Trust Company
Acct No n/a
473 Broadway
Saratoga Springs, NY 12866


The Data Center
Acct No SLH
426 New Karner Road
Albany, NY 12205


The Delaware National Bank of Delhi
Acct No n/a
124 Main Street
Delhi, NY 13753


The Hartford Financial Services Group
Acct No xxxxxx0001
One Hartford Plaza
Hartford, CT 06155


The Hartford Financial Services Group
Acct No xxxxxx0001
P.O. Box 783690
Philadelphia, PA 19178

The Money Source
Acct No n/a
3138 East Elwood Street
Phoenix, AZ 85034

The Murray Law Firm
Acct No n/a
10 Maxwell Drive
Clifton Park, NY 12065

The Newman-Kelton Group, LLC
Acct No n/a
11 Sunset Dr
Latham, NY 12110

The Olsen Law Firm, LLC
Acct No n/a
118 Conistor St Suite B290
Liberty, MO 64068

The Sundmaker Firm
Acct No n/a
1027 Ninth Street
New Orleans, LA 70115

Thomas Pesano
810 Vermont View Dr.
Watervliet, NY 12189

Thomas Reed
Acct No n/a
111 Hollow Road
Amsterdam, NY 12010

Thomson Reuters
Acct No xxxxxx9000
610 Opperman Dr,
Saint Paul, MN 55123-1396

Three Charms, LLC
Acct No n/a
PO Box 88
Waitsfield, VT 05673

TitleMax of Delaware, Inc.
Acct No n/a
3401 Kirkwood Hwy
Wilmington, DE 19808


TitleMax of Ohio, Inc.
Acct No n/a
4613 Northfield Road
Cleveland, OH 44128


TJC Process Service, LTD
Acct No n/a
88 Froehlich Farm Blvd - Suite 403
Woodbury, NY 11797


Tom & Lisa Dougherty
Acct No n/a
116 Willow Street
Guilderland, NY 12084


Toyota Motor Credit Corporation
Acct No n/a
19001 South Western Avenue
Torrance, CA 90509


TrailNorth Federal Credit Union
Acct No n/a
1178 NYS RTE 9N
Ticonderoga, NY 12883


TransAmerica Financial Life Insurance
Acct No UNKN
6400 C St. SW
Cedar Rapids, IA 52499


Triad Financial Services
Acct No n/a
13901 Sutton Park Dr. S, Suite 300
Jacksonville, FL 32224


Tronconi Segarra & Associates LLP
Acct No xx2424
8321 Main Street,
Buffalo, NY 14221

Trott Law
Acct No n/a
31440 Northwestern Highway
Farmington, MI 48334


Troy Sand & Gravel Co., Inc.
Acct No n/a
River Street
Mechanicville, NY 12118


TruNorthern Federal Credit Union
Acct No n/a
494 East Main Street
Malone, NY 12953


Tuthill Finance
Acct No n/a
60 Katona Drive, Suite 26
Fairfield, CT 06824


UFirst Federal Credit Union
Acct No n/a
274 Rugar Street
Plattsburgh, NY 12901


Ulster County
Acct No n/a
244 Fair Street
Kingston, NY 12401-0906


Ulster Savings Bank
Acct No n/a
180 Schwenk Drive
Kingston, NY 12401


University Bank
Acct No n/a
29777 Telegraph Rd
Southfield, MI 48034


USFN
Acct No n/a
9001 Airport Freeway - Suite 740
North Richland Hills, TX 76180

Valerie Cesare
4 Kyle Drive
Clifton Park, NY 12065


Valon Mortgage Inc.
Acct No n/a
3100 West Ray Road, Suite 201
Chandler, AZ 85226


Vantage Credit Union
Acct No n/a
4020 Fee Fee Road
Bridgeton, MO 63044


Velocity Commercial Capital, LLC
Acct No n/a
30699 Russell Ranch Rd, Suite 295
Thousand Oaks, CA 91362


Verizon Wireless Bankruptcy Administrati
Acct No UNKN
500 Technology Drive, Suite 550
Saint Charles, MO 63304


Village Clerk for Village of Fort Edward
Acct No n/a
161 Ottawa Street
Lake George, NY 12845


Waitsfield and Champlain Valley Telecom
Acct No n/a
3898 Main St
Waitsfield, VT 05673


Wallkill Valley Federal Savings & Loan
Acct No n/a
23 Wallkill Avenue
Wallkill, NY 12589


Warner Norcross & Judd LLP
Acct No n/a
900 Fifth Third Center, 111 Lyon Street
Grand Rapids, MI 49503-2487

```
Warren County Sheriff
Acct No n/a
413 2nd Street #1
Belvidere, NJ 07823


Washington County Sheriff
Acct No n/a
10 Elm Street
Montpelier, VT 05602


Washington County Treasurer
Acct No n/a
383 Broadway
Fort Edward, NY 12828


WB Mason Co, Inc.
Acct No xxxx3821
59 Centre St
Brockton, MA 02301


Web Title Agency Corporation
Acct No n/a
755 Jefferson Road - Suite 300
Rochester, NY 14623


Webster Bank, NA.
Acct No n/a
200 Executive Blvd SO-245
Southington, CT 06489


Webster First Federal Credit Union
Acct No n/a
271 Greenwood Street
Worcester, MA 01607


Wells Fargo Auto
Acct No n/a
Bankruptcy Department Priority 13
250 E John Carpenter Fwy
Irving, TX 75062


Wells Fargo Auto Finance
Acct No n/a
435 Ford Road
Minneapolis, MN 55426
```

Wells Fargo Bank NA
Acct No n/a
7000 Vista Drive
West Des Moines, IA 50266


Wells Fargo Dealear Services
Acct No n/a
Priority 13 MAC# N9305-162
Minneapolis, MN 55402


Weltman, Weinberg & Reis Co., L.P.A.
Acct No n/a
175 S Third St., Suite 900
Columbus, OH 43215


Whalley Computer Associates, Inc.
Acct No SKLHL
1 Whalley Way
Southwick, MA 01077


William Ambrose, Esq
Acct No n/a
181 South Main Street
Pearl River, NY 10965


William Schiller
703 Sachem Circle
Slingerlands, NY 12159


William Schiller, Esq.
Acct No n/a
703 Sachem Cir
Slingerlands, NY 12159


Windham County Sheriff
Acct No n/a
185 Old Ferry Road,
Brattleboro, VT 05301


Yanci Herboldt, Esq.
Acct No n/a
 460 South Main St, #78 North
Syracuse, NY 13212

# United States Bankruptcy Court
## Northern District of New York

In re  **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**

Debtor(s)

Case No.

Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 30, 2023**

Date

**/s/ Michael Boyle**

**Michael Boyle**

Signature of Attorney or Litigant

Counsel for  **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**

**Boyle Legal LLC**
**64 2nd Street**
**Troy, NY 12180**
**518-687-1648 Fax:518-**
**mike@boylebankruptcy.com**