So Ordered.

Signed this 7 day of June, 2023.



Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
In re:

    **Schiller, Knapp, Lefkowitz, & Hertzel, LLP**        Case No. 23-10558
    *fdba* **Schiller & Knapp, LLP**,        Chapter 11

        Debtor.

## SUA SPONTE ORDER CONVERTING CASE

    The Debtor filed a Subchapter V case on May 31, 2023. Pursuant to the Debtor's request, an emergency hearing on the use of cash collateral was scheduled and upon consent of all parties, adjourned to June 7, 2023. The June 7, 2023, hearing was held with all parties being heard on the matter and the secured creditor objecting to the use of cash collateral,

    **NOW** after due deliberation and careful consideration it is hereby:

    **ORDERED**, that the case is converted to a case under Chapter 7 over the opposition of Debtor's Counsel for the reasons as stated on the record.

# # #