So Ordered.

Signed this 8 day of June, 2023.



_____

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
In re:

    SCHILLER, KNAPP, LEFKOWITZ, &    Case No. 23-10558
    HERTZEL, LLP,                                              Chapter 7

                                  Debtor.

**ORDER DENYING USE OF CASH COLLATERAL**

On May 31, 2023, Schiller, Knapp, Lefkowitz, & Hertzel, LLP ("Debtor") filed a "Motion of The Debtor For Entry of an Order: (A) Authorizing the Debtor's Use of Cash Collateral on an Emergency Basis, (B) Granting Adequate Protection Pursuant to Sections 105, 361, and 363 of the Bankruptcy Code, and (C) Scheduling Interim and Final Hearings for Approval of the Debtor's Continued Use of Cash Collateral" (the "Motion") and a hearing was set on shortened notice for June 5, 2023.

**NOW**, after hearing from the parties and having given due deliberation, it is hereby,

**ORDERED**, the Motion is Denied for all the reasons stated on the record over the opposition of the Debtor.

# # #