IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : |
| | : |
| Schiller, Knapp, Lefkowitz, & Hertzel, LLP | : Chapter 7 |
| | : Case No. 23-10558 |
| Debtor. | : |
| | : |

**STATEMENT OF ISSUES TO BE PRESENTED AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL OF M&T BANK**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, M&T Bank (the "**Bank**"), a secured creditor of debtor, Schiller, Knapp, Lefkowitz, & Hertzel, LLP ("**Debtor**"), submits its *Statement of Issues to be Presented and Designation of Items to be Included in the Record on Appeal* of the Court's *Order Granting Trustee Proposed Abandonment Pursuant to 11 U.S.C. § 554* entered on July 10, 2023 [Dkt. No. 67].

**I.  Statement of Issues to Be Presented on Appeal**

1. Did the Court err by granting the request of Debtor's chapter 7 trustee (the "**Trustee**") to abandon Debtor's cash and accounts receivables pursuant to 11 U.S.C. § 554 where (i) Debtor's bankruptcy schedules did not list the cash held by Debtor on hand or in its bank accounts and did not list Debtor's accounts receivables and (ii) no evidence was submitted under oath identifying the cash, bank account funds, or accounts receivables to be abandoned by the Trustee?

2. Did the Court err in its determination that the Trustee satisfied his burden of proof under 11 U.S.C. § 554 with respect to the abandonment of Debtor's cash and accounts receivables?

1

3. Did the Court err by denying the Bank's request to have Debtor's cash and accounts receivable abandoned directly to the Bank where (i) the Bank held a first lien priority security interest in such cash and accounts receivable, (ii) the Bankruptcy Code and the applicable loan documents prohibited Debtor's use of such cash and accounts receivable, and (iii) the applicable loan documents granted the Bank an immediate right to possession of such cash and accounts receivable?

**II. Designation of Record on Appeal**

| **Docket No.** | **Date** | **Pleading** |
| --- | --- | --- |
| 1 | 5/31/2023 | Chapter 11 Subchapter V, Voluntary Petition for Non-Individuals. |
| 3 | 5/31/2023 | Declaration re: of Gary Lefkowitz in Support of First Day Relief and Petition |
| 5 | 5/31/2023 | Emergency Motion to Conditional Use of Cash Collateral |
| 24 | 6/5/2023 | Objection to Emergency Motion to Conditional Use of Cash Collateral |
| 25 | 6/5/2023 | PDF with attached Audio File. Court Date & Time [06/05/2023 10:01:22 AM] |
| 29 | 6/7/2023 | Sua Sponte Order Converting Case to Chapter 7 |
| 30 | 6/7/2023 | PDF with attached Audio File. Court Date & Time [06/07/2023 01:32:51 PM] |
| 31 | 6/7/2023 | PDF with attached Audio File. Court Date & Time [06/07/2023 04:02:44 PM]. |
| 34 | 6/8/2023 | Order Denying Use of Cash Collateral |
| 35 | 6/8/2023 | Notice of Appointment of Trustee Christian H. Dribusch, Esq. |
| 37 | 6/13/2023 | Motion to Abandon re: Various Debtor Property |
| 44 | 6/27/2023 | Limited Objection to Motion to Abandon |
| 46 | 6/28/2023 | Letter Re: Requesting Scheduling on M&T Bank's Limited Objection to the Trustee Notice of Proposed |

| **Docket No.** | **Date** | **Pleading** |
|---|---|---|
| | | Abandonment be Held |
| 47 | 6/28/2023 | Reply to Motion to Abandon re: Various Debtor Property.) Declaration of Gary Lefkowitz in Support of Trustee's Motion to Abandon |
| 50 | 6/28/2023 | PDF with attached Audio File. Court Date & Time [06/28/2023 04:01:36 PM] |
| 51 | 6/29/2023 | Affidavit Re: Response Filed by Alstate Process Service Inc. |
| 52 | 6/29/2023 | PDF with attached Audio File. Court Date & Time [06/29/2023 01:50:03 PM] |
| 53 | 6/30/2023 | Certificate of Service of Limited Objection to Motion to Abandon re: Various Debtor Property |
| 57 | 7/5/2023 | Supplemental Objection to Motion to Abandon re: Various Debtor Property |
| 58 | 7/5/2023 | Supplemental Response to Motion to Abandon re: Various Debtor Property in support of Trustee's Motion |
| 59 | 7/5/2023 | Supplemental Response to Motion to Abandon re: Various Debtor Property |
| 60 | 7/5/2023 | Response to Motion to Abandon re: Various Debtor Property |
| 63 | 7/6/2023 | PDF with attached Audio File. Court Date & Time [07/06/2023 02:01:07 PM] |
| 67 | 7/10/2023 | Order Granting Trustee Proposed Abandonment Pursuant To 11 U.S.C. §554 effective as of 5:00 p.m. Eastern Standard Time on July 14, 2023 |
| 70 | 7/12/2023 | Transcript regarding Hearing Held 7/6/2023 |
| 71 | 7/12/2023 | Notice of Filing of Transcript and of Deadlines Related to the Restriction and Redaction |
| 77 | 7/21/2023 | Transcript regarding Hearing Held 6/7/2023 |
| 78 | 7/21/2023 | Notice of Filing of Transcript and of Deadlines Related to the Restriction and Redaction |
| 79 | 7/24/2023 | Notice of Appeal District Court |
| 80 | 7/24/2023 | Appeal Cover Letter re: Filing of Notice of Appeal |
| 81 | 7/24/2023 | Court Certificate of Mailing |

ME1 45629918v.1

| **Docket No.** | **Date** | **Pleading** |
|---|---|---|
| 82 | 7/24/2023 | Transmission Cover Sheet of Notice of Appeal to District Court |
| 84 | 7/28/2023 | Transcript Ordered Re: Appeal Filed by U.S. Trustee |
| 86 | 7/31/2023 | Transcript Ordered Re: Appeal Filed by M&T Bank |
| 88 | 8/3/2023 | Transcript regarding Hearing Held 06/28/2023 |
| 89 | 8/3/2023 | Notice of Filing of Transcript and of Deadlines Related to the Restriction and Redaction |
| 90 | 8/4/2023 | Transcript regarding Hearing Held 06/29/2023 RE: Motion to Abandon |
| 91 | 8/4/2023 | Notice of Filing of Transcript and of Deadlines Related to the Restriction and Redaction |
| 92 | 8/7/2023 | Transcript Ordered Re: Appeal Filed by M&T Bank |

Date:   August 7, 2023
        New York, New York

**McCARTER & ENGLISH, LLP**

By: */s/ Gregory J. Mascitti*
    Gregory J. Mascitti, Esq.
    Worldwide Plaza
    825 Eighth Avenue, 31st Floor
    New York, New York 10019
    Tel: (212) 609-6810
    Fax: (212) 935-1304
    E-mail: gmascitti@mccarter.com

*Counsel for M&T Bank*

## CERTIFICATE OF SERVICE

I certify that on August 7, 2023, a true copy of the foregoing was served via ECF and/or will be served via regular mail on the following parties, who are the Appellees to the Bank's appeal:

| | |
|---|---|
| Schiller, Knapp, Lefkowitz, & Hertzel, LLP<br>15 Cornell Road<br>Latham, New York 12110 | Michael L. Boyle, Esq.<br>BOYLE LEGAL, LLC<br>64 2nd Street<br>Troy, New York 12180<br>Tel: (518) 407-3121<br>E-mail: mike@boylebankruptcy.com<br><br>*Attorneys for Debtor* |
| Christian H. Dribusch, Esq.<br>THE DRIBUSCH LAW FIRM<br>187 Wof Road, Suite 300-20<br>Albany, New York 12205<br>Tel: (518) 729-4331<br>E-mail: cdribusch@chd-law.com<br><br>*Chapter 7 Trustee* | William K. Harrington<br>United States Trustee, Region 2<br>c/o Amy J. Ginsburg, Esq.<br>DOJ-UST<br>Leo O'Brien Federal Building<br>11A Clinton Avenue, Room 620<br>Albany, New York 12207<br>Tel: (518) 434-4552<br>E-mail: amy.j.ginsberg@usdoj.gov |

Dated: August 4, 2023             */s/ Phillip S. Pavlick*_____
                                  Phillip S. Pavlick

ME1 45629918v.1