December 7, 2023

(via ecf)
Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Court, Northern District of New York
445 Broadway, Suite 330
Albany, NY 12207

Re: Schiller, Knapp, Lefkowitz, & Hertzel LLP
Case No. 23-10558
Request for 105 Conference

Dear Judge Littlefield,

As you are aware, this firm represent Schiller, Knapp, Lefkowitz, & Hertzel, LLP (hereinafter, "SKLH") in its pending Chapter 7 Bankruptcy in the Northern District of New York (Case No. 23-10558).

At the time of filing Debtor's petition, Debtor's digital files were managed by PNJ Technology Partners, LLC/The Data Center, LLC, represented by Mr. Jonathan Warner. Debtor does not currently have access to those files and has not had access to the files since approximately June, 2023.

Despite Mr. Warner and my efforts to settle the matter and return the files to Debtor for administration, those efforts have yielded no progress. The practical concern is multifaceted, but briefly: (a) Debtor needs access to its financial files in order to issue relevant tax documents to its vendors (e.g. 1099s) and employees (e.g. W2s) and (b) Debtor needs to transfer former client files to substitute counsel.

Prior to commencing motion practice and/or litigation, Mr. Warner and I thought a 105 Conference would be valuable in order to frame the issues presented and seek Court guidance on potential resolution.

Having spoken with Mr. Warner this week, we both have availability on December 13, 2023 beginning at 10:00a.m. I understand the Court has a truncated calendar on December 13 for the Albany Diocese case. If the Court has availability, I'd request a 105 Conference to be scheduled for December 13 at the Court's earliest convenience.

Thank you for your anticipated courtesies in this matter.

Very Truly Yours,

/s/Michael L. Boyle

Michael L. Boyle

CC: Gary Lefkowitz, Esq.
Jonathan Warner, Esq.
Christian Dribusch, Chapter 7 Trustee