# EXHIBIT 30

# 1.  THOMAS TAFT TEXTS WITH KIMMY HUMPHREY









we're now 2 weeks in and don't feel any closer so litigation team is ramping up. They are going to name everyone that has been involved.

Please do what you can to show something real today

Sent as Text Message

Hey I saw the statement. I'll make sure it gets redacted. I don't know how to draw the black boxes. But I'll make sure it's over today

I saw it though

We are good

I saw it late Friday. On an email asking one of the marketing folks to redact it

They don't normally provide statements bc it's hard when they are all under one account





**6:33**  LTE

‹ 14

KH

Kimmy ›

and construction draws, which is also driving this request

I have a call out to Kris

He called me but I was on w our family office. I just jumped on a call that should only last 15 mins. I'll call Kris and call you

Ok. Thanks

Mon, Nov 13 at 12:33 PM

Speaking w Kris in 30 mins

Hey hung up w Kris

👍

I think he's making a call over to the fund real quick. But he said he was going to reach out to you direct. So he'll be calling you here

I told him I spoke w you

Mon, Nov 13 at 3:15 PM

iMessage









6:34   LTE

KH

Kimmy ›

Any update?

Mon, Dec 11 at 5:20 PM

Things are about to get really bad Kimmy and we have every reason to name you and Kris personally here. We need the money and we need it asap. You and I have had a fine working relationship, but I can't stop once ball is rolling downhill

iMessage

I'm trying to get answers myself

I don't own the company or on the accounts so I can't see or have access to things like this. So I get stuck waiting on a response myself.

But I will get you something

As soon as I get feedback

iMessage







6:35   .ıl LTE ▢

< 14   KH   ▢

Kimmy ›

👍
We're on it now

It got backed up

Sure would change my
Christmas spirit!

Tue, Dec 12 at 3:11 PM

Any update?

I've ask for a wire confirmation.

That is what I am waiting on
👍

Bc to me that's all that matters

To you guys or from you guys?

Better asked, has the money
hit prime yet?

I just clarified my question
after you asked that. I assumed
yes. But to double check I
rephrased my question

🅐  ⌨   iMessage   🎤

13



6:35   .ıl | LTE 🔋

‹ 14   **KH**   🎥

Kimmy ›

rephrased my question

Wed, Dec 13 at 7:40 AM

Hey I got a message from Kris
late yesterday evening that he
reached out to you

Thanks for the text.

Yes he did reach out with more
BS...saying wire was pending I
guess into Prime but then went
silent. I asked for a screenshot
or some other confirmation but
got nothing. It tracks with what
we're seeing and hearing from
conversations with others
suing for their money back.
Things are going to get really
bad as we're all working
together. Potential for forced
bankruptcy, criminal charges
and media coverage.

What who?

There are multiple lawsuits

📷   Ⓐ   iMessage   🎤



6:35   .ıl LTE ▯

‹ 14   KH   ▢

Kimmy ›

What who?

> There are multiple lawsuits
> against prime for the return of
> ICA funds...

I know of a couple of them but
they have unique situations.
The ones I do know about I can
absolutely share with you. If
you care to hear. Let me get
the kids off to school.

If something is that serious can
you give me a day before you
do anything. Bc I may try and
fly up there today and figure
out what is going on.

> That's fine, but I'm not
> available until after 930.
> Appreciate your willingness to
> make that trip I just don't think
> it'll help because the money is
> unavailable whether because
> it's lost or pledged against
> some other debt or LOC

○ ⒶⒶ   iMessage   ⬤

17



19



6:35   ..ll LTE

< 14      KH

Kimmy >

👍 Call me at 230

Went straight to vm

👍 Calling you right back

Thu, Dec 14 at 8:24 AM

Thanks for your time yesterday. Let me know if you make it to Albany and would really appreciate another update later this morning after 9 which should be another hurdle cleared as far as wire process. Also, if we could get a contact at RBC to speak to that would make a big impact on filing tomorrow or not

Good morning. Yes. On the way up there. And yes, I will. I'll keep you posted today

iMessage

20



**6:35**   LTE

KH

Kimmy ›

> something about Camshaft guy being offered someone to speak to if I heard correctly

Thu, Dec 14 at 10:15 AM

I don't think camshaft ever talked to RBC direct. I could be wrong. But Prime's route of communication is through our advisor (hf). RBC instructs you to reach out to your advisor if you have questions. But I will definitely ask for you.

> Understood. Feels like we should be able to speak with the advisor. What is (hf) by the way?

In fact that would probably be

iMessage



the one thing, other than ICA return, that would be enough to calm down the whole situation. Safe travels and talk soon

Thu, Dec 14 at 2:16 PM

Let me know as soon as you can if it's possible to speak with RBC or if you have info on when our money will come back. New information is coming in that points strongly to our funds being used to pay out people in front of us, which would lead to obvious issues so we need to try had and get this settled today

What??

Who is saying that

Timing of payments to others in publicly available law filings.

Who?





6:36

14   KH   Kimmy ›

We can. I'm just trying to gather some info for my stuff. I appreciate you being patient with me. I will call you. I just don't want to give you Mis information bc the other stuff you are referencing is taking me off guard. So I'm asking a lot of questions.

Thank you

Thank you

When will you be done w your sons bball

730

If I called you in a few, would you just go to your car

Or wait until 730. I imagine it's loud

I want to talk

iMessage

24



**6:36**      LTE

**KH**

Kimmy ›

But when you have time or can.

Call me at 735

Ok

Thu, Dec 14 at 8:50 PM

Be strong when you talk to Kris. Right now our attorney is same guy Ned worked with to get Sturm paid, but if we don't see real progress and significant funds then we'll have to go with litigation attorneys who will attack everyone and everything. So it seems like a no brainer to get us paid. Thanks for your time tonight and keep me posted

How late is too late to call?

Just try whenever and if we miss each other we'll connect in the morning

iMessage

25



**6:36**   LTE

< 14     KH

Kimmy >

Ok. The call isn't until later. That's why I was asking. Will do.

Fri, Dec 15 at 7:01 AM

Anything worth sharing? I've got call with attorney at 1030 so would be great to know where we're at prior.

Sent as Text Message

Fri, Dec 15 at 9:31 AM

Just letting you know that I'm reaching out to Kris directly to try one last time to settle this before legal push. Let me know if you want to talk first

Sent as Text Message

Fri, Dec 15 at 3:02 PM

Did you speak with Kris

Not really...a text msg but nothing concrete other than a promise to make us whole

iMessage



6:36   .ıll LTE 🔋

< 14   **KH**

Kimmy >

I said if there is an issue with the wire - can you get them on the phone w the fund

And he said may have to

I'm going to try and call him now

It would make a difference that's for sure. We're filing on breach today but that can easily go away if we're paid

Yeah

Did that already happen

I'm looking at it now, but no it's in draft form

I had a text from him at like 7am that said he just hung up w one of the guys at the fund

I said about what in particular

Let me try calling him now

iMessage



6:36                          .ıl LTE 🔋

‹ 14                KH            📹
                  Kimmy ›

I had a text from him at like
7am that said he just hung up
w one of the guys at the fund

I said about what in particular

Let me try calling him now

Ok. Keep me posted as we're
on short fuse

Fri, Dec 15 at 7:04 PM

Kris did text me, but still no
payment or statement. Sorry
that we couldn't sort this out
and if you think of anything
that could be helpful to us
getting our money returned
don't hesitate to reach out.

Driving my son to bball. Give
me a minute and I'll text or call

Be with your family. No worries

Mon, Dec 18 at 10:14 AM

📷  Ⓐ   iMessage              🎤

🔘  🅰️  🔴  Cash  🎵  👧  🎵



**6:36**    **LTE**

**KH**

Kimmy ›

me a minute and I'll text or call

Be with your family. No worries

Mon, Dec 18 at 10:14 AM

I've texted with Kris, but I'm not sure he fully understands what is going to happen if we don't see our money back today. Can you try and set a call up? I've asked him for one already

Hey yeah let me reach out to him now.

Ok. Have you actually seen any money ever? In an amount close to the $16nm we have with Prime?

Yeah I have. That's why I'm confused myself.

I'll call you here in a few

The storm knocked down trees

iMessage

29



6:36    .ıll LTE 🔋

‹ 14    KH    🎥

Kimmy ›

out the power. They are on my street now and will have power on any time now. My phone is on 11%

👍

But I'll call you in a few

Mon, Dec 18 at 12:07 PM

Let me know if you think we're going to talk or you've talked with Kris.

He had a call at noon. So I'll try him now. Maybe he's odd

Off

He didn't answer when I called earlier

Said he had a call at noon and would touch base with me after that

And I just said ok thank you

iMessage



31



6:37

Kimmy

This is what you sent Kris? Who said anything about Taft Sr and FBI?

Just know that Sr and I are fully on the same page here so when I say something is true for him, it is. And vice Versa.

No someone from prime sent that to me

Saying heads up I sent this to Kris -

No no

I didn't send that to Kris

I had it sent to me

Correct

It's that extra drama that is annoying to me

No one has the right to speak

iMessage

32



6:37   •ıl LTE 🔋

‹ 14   **KH**   ◻

Kimmy ›

help..

I'm trying to get yall out

Asap

And vouching yall don't have any other incentive or motive.

Got it.

That text is not true

I spoke with the sponsor direct

And that did not come from him

All I can say is that we made every attempt to make claim as narrow as possible at your guidance to avoid any doubt about us trying to get more than what is owed to us for ICA funds. We've received nothing in exchange for that approach and we're considering all our options.

iMessage

33



# 2.  THOMAS TAFT TEXTS WITH KRIS ROGLIERI AND KIMMY HUMPHREY







8:23

KP KH

2 People >

Fri, Dec 8 at 4:44 PM

Looks like today is off the table for us to receive...did you guys get funds from RBC?

Mon, Dec 11 at 7:13 AM

Morning. Need to know what's going on behind the curtain today. Tomorrow is d-day, so regular communication is key

Mon, Dec 11 at 10:05 AM

Left you both voicemails. I'll be checking in hourly from now until received. Do you have funds from RBC, if so how much? Really don't want to get into a legal tangle here and communications will help with that

Mon, Dec 11 at 11:05 AM

Hourly check in. Have you guys received funds from RBC

iMessage

# 3.  THOMAS TAFT TEXTS WITH KRIS ROGLIERI









**6:10**

**KP**

Kris ›

Fri, Dec 15 at 7:52 PM

Hopefully we can connect Monday. Just remember we're not looking for anything more than what you're holding of ours.

Sat, Dec 16 at 9:51 AM

Yes. Thank you for being patient with us. Also, just to let you know starting in the beginning of the year our program is modifying to where we do an actual hard close like you are use to with ica due at first tranche and no 90 days period.

Nice. I would just say that you have $44,000,000 owed on ICA's that we know of so that would be my primary focus if I was in your shoes. Until that monkey is off your back at least. Talk Monday...

iMessage

# 4.  EMAILS WITH PRIME AND ITS COUNSEL

**Esser, Will**

| | |
|---|---|
| **From:** | Trombly, Ned <NTROMBLY@barclaydamon.com> |
| **Sent:** | Thursday, December 14, 2023 6:05 AM |
| **To:** | Fenlon, Christopher V. |
| **Cc:** | Esser, Will |
| **Subject:** | Re: Compass-Charlotte 1031, LLC / Prime Capital Ventures, LLC |

**\*\*\*Caution: External email\*\*\***

Chris,
Other than a cryptic message saying he'd been in touch with your client, I've heard nothing notwithstanding multiple efforts via text, phone and email to engage him.  I am in NYC and return later this morning.

Sent from my iPhone

> On Dec 13, 2023, at 5:49 PM, Fenlon, Christopher V. <cfenlon@hinckleyallen.com> wrote:

> Well, Ned.  Your client is in default on the Agreement.  It is unfortunate.

> There will be consequences.

> **Chris Fenlon**
> *Partner*
>
> ---
>
> Hinckley Allen
> 30 South Pearl Street, Suite 901
> Albany, NY 12207-3492
> p: 518-396-3138 |  f: 518-396-3101
> cfenlon@hinckleyallen.com

> **From:** Fenlon, Christopher V.
> **Sent:** Tuesday, December 12, 2023 12:49 PM
> **To:** 'Trombly, Ned' <NTROMBLY@barclaydamon.com>; Esser, Will <willesser@parkerpoe.com>
> **Subject:** RE: Compass-Charlotte 1031, LLC / Prime Capital Ventures, LLC

> Ned,

> Thanks for the call yesterday.  I just tried you back.  Please let us know if you've been able to connect with Kris.

> Chris

> **Chris Fenlon**
> *Partner*
>
> ---

1

Hinckley Allen
30 South Pearl Street, Suite 901
Albany, NY 12207-3492
p: 518-396-3138 |  f: 518-396-3101
cfenlon@hinckleyallen.com

---

**From:** Trombly, Ned <NTROMBLY@barclaydamon.com>
**Sent:** Monday, December 11, 2023 5:13 PM
**To:** Esser, Will <willesser@parkerpoe.com>
**Cc:** Fenlon, Christopher V. <cfenlon@hinckleyallen.com>
**Subject:** RE: Compass-Charlotte 1031, LLC / Prime Capital Ventures, LLC

**EXTERNAL EMAIL**

---

Will,

     I just responded to a voice mail Chris left for me and I indicated that though I was out a good part of the day, I texted, v-mailed and called Kris at various times today and have asked one of my partners to contact him and so far, he has come up empty as well.  I told him to call me at home if need be and will update the 2 of you if I hear something.

---

**From:** Esser, Will <willesser@parkerpoe.com>
**Sent:** Monday, December 11, 2023 12:41 PM
**To:** Trombly, Ned <NTROMBLY@barclaydamon.com>; Fenlon, Christopher V. <cfenlon@hinckleyallen.com>
**Subject:** RE: Compass-Charlotte 1031, LLC / Prime Capital Ventures, LLC

Ned,

Our client has not received any wire, although it was promised last week.  Do you have any update?

Will

---

**Will Esser**
Partner

620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9507 | Fax: 704.334.4706 | map

Visit our website at
www.parkerpoe.com

---

**From:** Trombly, Ned <NTROMBLY@barclaydamon.com>
**Sent:** Thursday, December 7, 2023 5:12 PM

**To:** Esser, Will <willesser@parkerpoe.com>; Fenlon, Christopher V. <cfenlon@hinckleyallen.com>
**Subject:** RE: Compass-Charlotte 1031, LLC / Prime Capital Ventures, LLC

**\*\*\*Caution: External email\*\*\***

I was told it'll go out and am assuming it will.  As for the media threat, I'll leave it alone for now in hopes it doesn't get to that.

---

**From:** Esser, Will <willesser@parkerpoe.com>
**Sent:** Thursday, December 7, 2023 4:34 PM
**To:** Trombly, Ned <NTROMBLY@barclaydamon.com>; Fenlon, Christopher V. <cfenlon@hinckleyallen.com>
**Subject:** RE: Compass-Charlotte 1031, LLC / Prime Capital Ventures, LLC

Ned,

Any word on timing of wire to our client?  If the wire is not sent today or tomorrow, then our client intends to move forward next week with some of the steps that Chris discussed with you, including leveraging of media contacts.

Regards,

Will

---

**Will Esser**
Partner

620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9507 | Fax: 704.334.4706 | map

Visit our website at
www.parkerpoe.com

---

**From:** Trombly, Ned <NTROMBLY@barclaydamon.com>
**Sent:** Wednesday, December 6, 2023 8:04 AM
**To:** Fenlon, Christopher V. <cfenlon@hinckleyallen.com>
**Cc:** Esser, Will <willesser@parkerpoe.com>
**Subject:** RE: Compass-Charlotte 1031, LLC / Prime Capital Ventures, LLC

**\*\*\*Caution: External email\*\*\***

Chris,
          I spoke with Kris Roglieri last evening and he said the ICA would be refunded this week.  I don't know if he has wire instruction or not but I'm in the office now and will be for the bulk of the day if you want to talk.

**From:** Fenlon, Christopher V. <cfenlon@hinckleyallen.com>
**Sent:** Tuesday, December 5, 2023 7:48 AM
**To:** Trombly, Ned <NTROMBLY@barclaydamon.com>
**Cc:** Esser, Will <willesser@parkerpoe.com>
**Subject:** RE: Compass-Charlotte 1031, LLC / Prime Capital Ventures, LLC

Ned,

Let me know when you are available to speak today or tomorrow.  Compass-Charlotte is not going away and will pursue aggressive efforts to collect if not paid this week, which I would like to discuss with you.  Prime has represented to Compass-Charlotte that payment will be issued this week, but we are justifiably skeptical of that representation.  The long-promised account statement could help address Compass-Charlotte's concerns, but the failure to produce it has heightened our skepticism.  Please let me know when we can catch up.

Thanks,
Chris

**Chris Fenlon**
*Partner*

Hinckley Allen
30 South Pearl Street, Suite 901
Albany, NY 12207-3492
p: 518-396-3138 | f: 518-396-3101
cfenlon@hinckleyallen.com

**From:** Esser, Will <willesser@parkerpoe.com>
**Sent:** Tuesday, November 28, 2023 7:48 PM
**To:** Trombly, Ned <NTROMBLY@barclaydamon.com>; Fenlon, Christopher V. <cfenlon@hinckleyallen.com>
**Subject:** RE: Compass-Charlotte 1031, LLC / Prime Capital Ventures, LLC

**EXTERNAL EMAIL**

Ned,

Any word?  That account statement has been promised for weeks and yet our client has received nothing whatsoever.  As well as no update about the plan for paying some of the money back in batches.

Will

**Will Esser**
Partner



620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9507 | Fax: 704.334.4706 | map

Visit our website at
www.parkerpoe.com

---

**From:** Trombly, Ned <NTROMBLY@barclaydamon.com>
**Sent:** Monday, November 27, 2023 11:54 AM
**To:** Fenlon, Christopher V. <cfenlon@hinckleyallen.com>
**Cc:** Esser, Will <willesser@parkerpoe.com>
**Subject:** RE: Compass-Charlotte 1031, LLC / Prime Capital Ventures, LLC

***Caution: External email***

---

Chris,

I did, in part because for 4 days I didn't open my briefcase or laptop – paying the price today but it was worth it.  I hope you enjoyed some down time as well.  I have reached out for information and will do so again before the day is out.


**Ned Trombly**

Partner

80 State Street • Albany, NY 12207
D: (518) 429-4225 • F: (518) 427-3489 • C: (518) 788-7487
E: NTROMBLY@barclaydamon.com

**barclaydamon.com** • **vCard** • **Profile**

---

This electronic mail transmission is intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message.

**From:** Fenlon, Christopher V. <cfenlon@hinckleyallen.com>
**Sent:** Monday, November 27, 2023 11:13 AM
**To:** Trombly, Ned <NTROMBLY@barclaydamon.com>
**Cc:** Esser, Will <willesser@parkerpoe.com>
**Subject:** RE: Compass-Charlotte 1031, LLC / Prime Capital Ventures, LLC

Ned,

I hope you enjoyed the holiday weekend.

I am writing to follow up on my 11/17/23 letter.  Please advise as to the status of the payment of the $15,902,250, and provide a copy of Prime's account statement for Compass-Charlotte's funds, which Prime has agreed to provide.

Thanks,

**Chris Fenlon**
*Partner*
⎯⎯⎯⎯⎯⎯⎯
Hinckley Allen
30 South Pearl Street, Suite 901
Albany, NY 12207-3492
p: 518-396-3138 |  f: 518-396-3101
cfenlon@hinckleyallen.com

---

**From:** Fenlon, Christopher V.
**Sent:** Friday, November 17, 2023 4:52 PM
**To:** 'Trombly, Ned' <NTROMBLY@barclaydamon.com>
**Cc:** Esser, Will <willesser@parkerpoe.com>
**Subject:** Compass-Charlotte 1031, LLC / Prime Capital Ventures, LLC

Ned,

Please see the attached correspondence.  We look forward to hearing from you.

Thanks,

**Chris Fenlon**
*Partner*
⎯⎯⎯⎯⎯⎯⎯
Hinckley Allen
30 South Pearl Street, Suite 901
Albany, NY 12207-3492
p: 518-396-3138 |  f: 518-396-3101
cfenlon@hinckleyallen.com

**From:** kris@primecommerciallending.com <kris@primecommerciallending.com>
**Sent:** Monday, December 4, 2023 4:43 PM
**To:** Thomas F. Taft, Jr <Thomas@tfonc.com>
**Cc:** Kimmy Humphrey <kimmy@primecommerciallending.com>
**Subject:** Re: Funds return


CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Good evening Thomas we received your wire instructions thank you. It looks like we're anticipating you starting to receive your funds Thursday of this week.


Kris


Sent from my iPhone


On Dec 4, 2023, at 10:28 AM, Thomas F. Taft, Jr <Thomas@tfonc.com> wrote:


Guys, thanks again for the comms on this one.  Just checking in to see if anything had broken free here that would give you guys any dates/times?


**Best,**


**Thomas F. Taft, Jr.**
*Principal*


**<image001.png>**

P.O. Box 566 | Greenville, NC 27835

631 Dickinson Ave. | Greenville, NC 27834

252·752·7101 Ext. 213 (O)

252·758·1002 (F)

252·531·8716 (C)

*Visit our website [www.TaftFamilyVentures.com](www.TaftFamilyVentures.com)*

[<image008.png>](image008.png)   [<image009.png>](image009.png)   [<image010.png>](image010.png)

This message, including any attachments, may contain PRIVILEGED and/or CONFIDENTIAL information.  The contents of this email are intended only for the recipient(s) listed above.  If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission.  Any such distribution or use of this email by anyone other than the intended recipient(s) is strictly prohibited.  If you have received this email in error, please notify the sender immediately and delete the transmission.

Please consider your environmental responsibility. Before printing this email, ask yourself whether you need a hard copy!

**From:** [kris@primecommerciallending.com](kris@primecommerciallending.com) <[kris@primecommerciallending.com](kris@primecommerciallending.com)>
**Sent:** Wednesday, November 29, 2023 1:00 PM
**To:** Thomas F. Taft, Jr <[Thomas@tfonc.com](Thomas@tfonc.com)>
**Cc:** Kimmy Humphrey <[kimmy@primecommerciallending.com](kimmy@primecommerciallending.com)>
**Subject:** Re: Funds return

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Thomas,

We are going to start to distribute funds early next week. Additionally depending on timing most if not all of your funds we are expecting in next week. That is what we are told.  We will keep you posted.


Regards


Kris


Sent from my iPhone


On Nov 28, 2023, at 9:38 AM, Thomas F. Taft, Jr <Thomas@tfonc.com> wrote:


Morning, have you guys had any of the funds released by RBC yet? When we spoke in mid-November you threw out potential for first tranche of funds to be released either week of thanksgiving or this week.


Thanks in advance for any help you can provide.


-Thomas Taft

(252)531-8716

**From:** kris@primecommerciallending.com <kris@primecommerciallending.com>
**Sent:** Wednesday, November 15, 2023 5:18:11 PM
**To:** Thomas F. Taft, Jr <Thomas@tfonc.com>
**Cc:** Kimmy Humphrey <kimmy@primecommerciallending.com>
**Subject:** Re: Statement and Ledger

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good evening Thomas I was on a plane doing a site visit today. I will make sure we will get this to you and as I said on our phone call we are committed to start giving you funds as they come in.

Regards

Kris

Sent from my iPhone

On Nov 15, 2023, at 8:03 AM, Thomas F. Taft, Jr <Thomas@tfonc.com> wrote:

Good morning, I'm astonished that we still

Haven't seen the redacted RBC statement. This has been on the table since the 1st and for the life of me I can't wrap my head around the length of time it's taking. Hopefully with this much time you can also provide the ledger that shows internal transfers(redacted is fine) from the Citi account that our funds were wired, to the final account they are in now. This is basic bookkeeping, not even accounting.

4

I appreciate the comms we've had, but it's not enough. Kris, you asked me have clearer comms to my legal team and I agreed to turn it down based on receipt of this basic info. Please get it to me before end of week at latest and would be helpful to get some real details on why first release of funds is expected early next week or maybe the week after Thanksgiving.

Thank you and I don't want this request to turn into another call unless it's to explain whatever docs we receive.

Best

-Thomas Taft

(252)531-8716

**From:** Thomas F. Taft, Jr
**Sent:** Tuesday, November 7, 2023 8:42:52 AM
**To:** Kimmy Humphrey <kimmy@primecommerciallending.com>
**Subject:** FW: Follow up from call on 11/1/23

See below.  I understand that some of these can't be answered right now, so honestly just some confirmation of the first 3 items would be great.  Also if you are able to tell me name of Hedge Fund that is referenced just so I understand the players…

1.      *Confirmation funds are at RBC*

2.      *Confirmation of when RBC received notice of termination*

3.      *Confirmation Hedge Fund has asked RBC to rescind the line thereby unlocking funds*

4.      *Confirmation of dialogue between RBC/Prime on any material aspects or delays in wind and return of capital*

5.      *Confirmation of funds transfer to Prime.  I understand this may be two wires due to thresholds*

6.      *Confirmation of FED ID# for wire from Taft to Prime*

**Best,**

**Thomas F. Taft, Jr.**
***Principal***



6

P.O. Box 566 | Greenville, NC 27835

631 Dickinson Ave. | Greenville, NC 27834

252·752·7101 Ext. 213 (O)

252·758·1002 (F)

252·531·8716 (C)

*Visit our website [www.TaftFamilyVentures.com](www.TaftFamilyVentures.com)*

  

This message, including any attachments, may contain PRIVILEGED and/or CONFIDENTIAL information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. Any such distribution or use of this email by anyone other than the intended recipient(s) is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the transmission.

Please consider your environmental responsibility. Before printing this email, ask yourself whether you need a hard copy!

**From:** Thomas F. Taft, Jr
**Sent:** Thursday, November 2, 2023 10:07 AM
**To:** [kris@primecommerciallending.com](kris@primecommerciallending.com); Kimmy Humphrey <[kimmy@primecommerciallending.com](kimmy@primecommerciallending.com)>
**Cc:** Greg Caito <[gcaito@primecommerciallending.com](gcaito@primecommerciallending.com)>; Frankie Cash-Langley <[Frankie@tfonc.com](Frankie@tfonc.com)>; Tom Taft <[ttaftoffice@tfonc.com](ttaftoffice@tfonc.com)>; Nicholas Zuchegno <[nickz@aspencapitalsolutions.com](nickz@aspencapitalsolutions.com)>; [jeffmorris@parkerpoe.com](jeffmorris@parkerpoe.com)

**Subject:** Follow up from call on 11/1/23
**Importance:** High


Kris and Kimmy,


I appreciate the call yesterday and your openness explaining the circumstances associated with the delay of closing of our Development Line of Credit (D-LoC) for our construction project in Charlotte.  It is unfortunate we cannot move forward with the LoC, but time is of the essence as we have a major investment at stake.  We also understand this was a special project for Prime.


As discussed, due to the lack of progress and communication on closing (we should have closed by Sep 15) we issued a Termination notice on 10/27 because of Lenders default in accordance with the D-LoC Agreement associated with the $79,511,250 LoC.


We discussed that our team had completed all items on Prime's closing checklist and the two outstanding items which were still both under review by Prime included the Draw Schedule and Determination of final initial advance.


You outlined to me that there was difficulty with your program due to elements out of your control….feds raising rate and a lot of third parties that have to fit together that play by their own rules including the assets of the Hedge fund.  You explained the difficulty with the lender's insurance policy and provided an example of how the insurance providers tranches stretch the coverage out over full 60 months, but that would make it prohibitive to extend the loan one day past maturity, which has obvious issues and takes way any flexibility.  However, it sounded like you received approval for our tranches at 27 months.


We funded our ICA for $15,902,250.00 on April 28 as our interest reserve with the understanding we would be closed and able to make our first draw within 90 days of funding the ICA. These funds are blood, sweat, and tears capital that our family and company have worked hard to accumulate.  We are years invested in the Charlotte project and it is imperative the timely return of our capital as outlined in the D-LoC so we may work towards another loan solution to get our project done.


You covered with me the unwinding of the deal.  My understanding is Prime has sent the termination notice to RBC, where the funds are currently held.  You mentioned that the last ICA return took about 2 weeks, but you always ask for 30 days because it involves 3rd parties.

I understood you to say that once the Hedge Fund has the termination letter and it goes to RBC this initiates the cancellation of the LoC and this unlocks or de-collateralizes the debt. We have made no draws on the line so there is no interest owed back.  So I assume this should be straight forward to unwind.

As I am responsible for return of our families capital.  I would request clear communication and documentation be sent to me associated with the unwind process and specifically request that we receive documentation for each of the 6 events in italics below.

The below items/milestones is what I highlighted from our call in the unwinding and return of capital.  If I misunderstood any of these milestones please correct me.

1.       *Confirmation funds are at RBC*

2.       *Confirmation of when RBC received notice of termination*

3.       *Confirmation Hedge Fund has asked RBC to rescind the line thereby unlocking funds*

4.       *Confirmation of dialogue between RBC/Prime on any material aspects or delays in wind and return of capital*

5.       *Confirmation of funds transfer to Prime.  I understand this may be two wires due to thresholds*

6.       *Confirmation of FED ID# for wire from Taft to Prime*

Clear communication is key for me.  I can't afford a repeat of the lack of communication that drove us to this point.  I hope you understand my sense of urgency associated with our capital as it is critical to our operations and significant for our small company.  I will have our CFO resend our wire instructions for receipt of our funds back.   I can only hope there will be other opportunities for us all once the market stabilizes.

Stay well and I hope your son is feeling better.

**Best,**

9

**Thomas F. Taft, Jr.**
*Principal*



P.O. Box 566 | Greenville, NC 27835

631 Dickinson Ave. | Greenville, NC 27834

252·752·7101 Ext. 213 (O)

252·758·1002 (F)

252·531·8716 (C)

*Visit our website www.TaftFamilyVentures.com*

  

This message, including any attachments, may contain PRIVILEGED and/or CONFIDENTIAL information.  The contents of this email are intended only for the recipient(s) listed above.  If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission.  Any such distribution or use of this email by anyone other than the intended recipient(s) is strictly prohibited.  If you have received this email in error, please notify the sender immediately and delete the transmission.

10

Please consider your environmental responsibility. Before printing this email, ask yourself whether you need a hard copy!