B2170 (Form 2170) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Schiller, Knapp, Lefkowitz, & Hertzel, LLP<br>fdba Schiller & Knapp, LLP<br><br>14–1809981<br>15 Cornell Road<br>Latham, NY 12110 | )<br>)<br>)<br>)Case Number: 23–10558–1–rel<br>)<br>)<br>)<br>)<br>)<br>)<br>)Chapter: 7<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Christian H. Dribusch–Trustee is discharged as trustee of the estate of the above named debtor(s), and the bond is cancelled.

The case of the above named debtor(s) is closed.

Albany, NY
DATED: 7/10/24

*BY THE COURT*

Robert E. Littlefield Jr.
U.S. Bankruptcy Judge